

# Medi-Dx 7000

Site Map... GO?

**Abstracts**
**Comparison**
**Technical Info**
**Slide Show**
**Contact Us**

**General Info**
**About Medi-Dx**
**Current Studies**
**Medi-Dx News**
**Reimbursement**

**Purchase Plans / Lease Application**

**Physician User Support**
**Click to Enter**

Phone: (800) 766-0884
Inquiry@NDAnerve.com

## V-sNCT Medi-Dx 7000™
## Voltage-actuated Sensory Nerve Conduction Threshold
## Sensory Electro-Diagnostic · Gold Standard

Neurology · Pain Mgmt · Physical Medicine · Drug/Research Studies



NOTICE: Center for Medicare/Medicaid Services (CMS) memorandum orders Medicare administrators to stop paying for CPT/sNCT (Neurometer) testing. Medi-Dx 7000 / V-sNCT is NOT included in the CMS stop payment order. **Click here to read the CMS memo.**

## V-sNCT: A Comprehensive Nerve Conduction Study

The first phase of the conventional electrodiagnostic exam is the EMG, which measures muscle response, not nerve conduction. The second phase, NCV, cannot detect changes in function preceding the advanced morbidity it requires to confirm pathology. Since EMG/NCV have been the only methods available they became the "Gold Standard", be it a very poor one. They are only applicable in 20% of patients suspected of peripheral nerve dysfunction. Based on technology dating back to Helmholtz (1850) and Karl Braun's invention of the oscilloscope (1897), they have changed little since the 1950s.

**V-sNCT**

The basis of V-sNCT goes back even further to Luigi Galvani (1791). Galvani's experiments proved that nerves are voltage sensitive. But not until the mid 1990s was this fully exploited in the invention of the Medi-Dx 7000 V-sNCT device, which applied Galvani's principle to the measurement of sensory nerve function. Previous Current (output) Perception Threshold (CPT/sNCT) methods compared current output to nerve conduction threshold. CPT was sabotaged by the constantly shifting impedance of the body. However, the V-sNCT method measures the actual instigator of nerve conduction - voltage, and this system painlessly gathers enough objective data so measurements of subtle changes that

### LATEST NEWS

● **LSU Medi-Dx 7000 study Accuracy Better Than Any Other Exam For Detecting Nerve-Root Pathology**

Diagnosis with Voltage-actuated Sensory Nerve Conduction Threshold (V-sNCT) Test

● Medi-Dx 7000 proves Fibromyalgia is caused by nerve root pathology. Ten of ten patients are sympton free after one year study.

● 1930s technology copied by Neurometer and claimed as their invention in bogus patents.

● Medi-Dx 7000 V-sNCT a valuable aide in piriformis muscle syndrome diagnosis

● Study of CTDs recommends Medi-Dx 7000 as primary method for early detection to OSHA

● LSU Medi-Dx 7000 study Accuracy Better Than Any Other Exam For Detecting Nerve-Root Pathology

● Single-electrode V-sNCT 95.6% Sensitivity Detection of Nerve-Root Pathology

● See Additional Abstracts

### USING the MEDI-DX





# The Truth About Neurometer®

**Neurometer copied 1930s technology and claimed it as their Invention to obtain bogus patents.**

Neurometer® gave the following reference (Tursky & Waton) to the FDA in their 510 k application. However, two years-later they failed to reveal this information to the US Patent Office, claiming "constant current" and "low frequency - 5 Hz - stimulation" were new inventions of the Neurometer®. Tursky & Watson reference constant current to Boonan and Davidon - 1956 and low frequency (5 Hz stimulus) In a device from the 1930s.

Tursky & Watson: The 1964 study by Bernard Tursky and Peter D. Watson titled: Controlled Physical and Subjective Intensities of Electrical Shock In the journal Psychophysiology; Williams & Wakins Co - 1964 Vol. 1 No 2) contains references to "constant current" and low frequency stimulation (using an identical sinusoidal current as the Neurometer®). They employed the Stimulator, a device manufactured by the Glass Medical Instruments of Quincy, MA, from the 1930s through the early 1970s. The stimulator could be set at any frequency from 0.1 to 10,000 Hz, with various waveform currents. It is interesting how close this device came to being able to do what is now possible with the Medi-Dx 7000™. The Stimulator device represents the apex of technology previous to the introduction of the Medi-Dx 7000™. Tursky & Watson's 1964 study makes for very interesting reading. **Click here for additional Information.**

- **Comparison: Old 1920s CPT and V-sNCT**



# State-Of-The-Art prior to the MEDI-DX 7000™

## Tursky & Watson (1964)

**Neurometer copied 1930s technology and claimed it as their invention to obtain bogus patents.**

**Tursky, B., Watson, P.D. Controlled Physical and Subjective Intensities of Electric Shock. Psychophysiology, Volume 1(2):151-162, 1964.**

1. The following article was given to the FDA in 1978 by Neurometer in their 510-K application. The article makes reference to circuits for "constant current" published by Davidon & Boonin in 1956 (see Tursky & Watson pg. 151), and the use of any frequency from 0.1 to 10,000 Hz (pg 152). Two years after giving this reference to the FDA, Neurometer's "inventor" claimed exclusive right these as his "inventions" and with the help of his cousin/attorney, who is now the president of the company, they obtained bogus patents. This is rather a moot point since these bogus patents expired in December 1998, but it does show the type of people behind the Neurometer. The fact is that it is not necessary to use a mechanism to compensate for skin resistance in order to obtain accurate sensory nerve conduction threshold measures and, as Trusky & Watson found, these mechanisms did not allow accurate measurement of sensory thresholds in the first place. It is sure to be argued that Tursky & Watson did not use neuroselective frequencies, but a 60 Hz current. They were unaware of the neuroselectivity offered by 5, 250 and 2000 Hz frequencies ranges, however, this makes no difference, since Tursky & Watson and all subsequent methods used a testing protocol that was flawed (see #2 below).

2. It will be noted that Tursky & Watson's protocol, and subsequent methods/devices, employed bursts of current above and below the threshold to zero-in on the threshold. This was been a universal error made before the



advent of the Medi-Dx 7000™. You will note that Tursky & Watson reported that threshold measures were not as consistent as pain tolerance levels. Until the Medi-Dx 7000™, no one had related this to the fact that the threshold will shift when over stimulated. Nor did anyone realize that the electrical resistance could be above the threshold. All of which would have no baring on pain tolerance measurement, which Tursky & Watson and later devices were quite capable of measuring.

3. The Medi-Dx 7000™ uses a combination of patented technology that is completely unique; 1. A more recognizable current waveform, 2. A single test electrode (distanced from the ground by several inches or feet), 3. A pattern analysis nomogram that uses the patient as his own control and, 4. A protocol that does not stimulate over the threshold. This makes the Medi-Dx 7000™, not only the fastest, but the most reliable device to measure sensory nerve conduction threshold. Additionally, since the measurements are within such a close range, any attempt at malingering is easily detected. Therefore, the Medi-Dx 7000™ examination is objective, even though it is based upon the patient's subjective response.

THE DYNAMICS OF ELECTRICAL RESISTANCE AND CURRENT FLOW:
Once a current begins flowing it will continue to flow even if the Intensity is turned below the "resistance threshold". Only if the intensity is turn far below the resistance threshold (30% or lower) will it cease flowing. The Medi-Dx 7000™ protocol takes advantage of this law of current flow by turning the intensity up until the subject reports feeling the stimulus and then turning it back, but not more than 50%. Because the test electrode is not lifted from the test site, subsequent tests the intensity give the actual nerve conduction threshold. This makes the constant current mechanism unnecessary, since the current continues to flow below nerve conduction threshold, and if the first reading was above the threshold, due to a higher skin resistance, the subsequent measures are accurate measures of the actual sensory nerve

conduction threshold.

4. It is easy to see why the 1964 study of Tursky & Watson is considered the high-water mark prior to the introduction of the technology found in the Medi-Dx 7000$^{TM}$ device and protocol. Basically, all interim studies and devices were merely repeating what Tursky & Watson and their predecessors had established.

At the end of the Tursky & Watson article will be found a copy of the inside cover page of the publication from which their article came. This page advertises the "Stimulator" made by the Grass Medical Instrument Company, of Quincy, Massachusetts. This is the instrument, which was available from the early 1930s to 1970s, that Tursky & Watson used in their study. The Stimulator was not patented, since all of its technology came form published experiments. The Stimulator encompasses all the technology decades later to be claimed by Neurometer, which when compared to the Stimulator device is obviously a cheap copy.

Go Back to Bibliography of Peer Reviewed Abstracts and Presentions

Top of the Page

# Medi-Dx 7000

Site Map... 

Abstracts
Comparison
Technical Info
Slide Show
Contact Us

General Info
About Medi-Dx
Current Studies
Medi-Dx News
Reimbursement



**Purchase Plans / Lease Application**

**Physician User Support**
**Click to Enter**

Phone: (800) 766-0884
inquiry@NDAnerve.com

# Comparison: Old 1920s CPT and V-sNCT

Statements in the left hand column include **published** comments from a review of the Neurometer® published by the American Association of Electrodiagnostic Medicine (AAEM) in the September, 1999 issue of *Muscle & Nerve*. The comparisons in the right column are not AAEM published opinions, but are taken from FDA submissions, statements from the manufacturer, and users of the Medi-Dx 7000[TM].

| Latest Technical Review of Pre-Medi-Dx 7000[TM] Technology | |
|---|---|
| 1900-1956 | 2000 + |
| Old CPT Technology | Improvement Over old technology |
| **NEUROMETER® CPT Literature Summary** | **MEDI-DX 7000[TM] V-sNCT COMPARISON** |
| 1. Neurometer® CPT device arbitrarily assigns various degrees of dysfunction from a normal population as grades of severity. These ratios are difficult to interpret given the current state of knowledge about this technique.<br><br>2. lacks localizing value and can reflect abnormality at any site along the pathway. Therefore, the technique is limited in its ability to distinguish | 1. The Medi-Dx 7000[TM] uses a pattern nomogram, in which the patient is his own control. This graphic analysis is easy to understand. It does not depend upon ratios and comparisons with normal population data. It uses a nomogram that compensates for the naturally hyper- or hypoesthetic individuals. Type A-delta exam protocol uses a clinically established |

between anatomic site of peripheral nerve injury.

3. the Neurometer® CPT test will generally fail to result in a reproducible score.

Excludes certain classes of patients from investigation (such as children, those too weak to communicate, and the comatose patient) even in the comatose patient.

deviation index, that assigns the greatest emphasis to the most hypoesthetic (dysfunctional) nerve(s). Follow-up exams monitor patient progress and secondary lesions.

2. The greater number of nerve sites the Medi-Dx 7000™ can test helps localize lesions by allowing mapping of multiple nerve branches.

3. The patented V-sNCT electrode system allows reproducible scores within such a narrow range that malingering is quite easy to detect by a technician with minimal experience. Children are quite easy to examine with V-sNCT. The technician plays the "Tickle Game". The child is asked: "Tell when you feel the tickle but don't laugh too loud we don't want to disturb the people in the next room." As for the comatose patient: This is a very rare situation. NDA.



Inc. finds this negative comment, in an otherwise objective review, a demonstration of the AAEM's bias toward EMG-type technology. The fact is that CPT does not even come close V-sNCT's clinical utility. However, CPT is probably as effective as EMG. The point is that EMG-type methods, if fairly reviewed, would be found to be as ineffective as CPT. Every EMG text reports that EMG is only useful to confirm lesions; it is not useful in locating lesions, as is V-sNCT. NDA, Inc. believes that EMG/NCV are useful modalities for quantifying the state of degeneration in neuropathies, but the limitations of EMG/NCV are obvious and should be recognized.

# Medi-Dx 7000™ V-sNCT - ONE-OF-A-KIND TECHNOLOGY

**Medi-Dx 7000™ measures the electric component that initiates the change in nerve membrane potential causing nerve impulse propagation.**

**TRUTH:** The Neurometer® is a rather poor copy of devices from the 1920s, a time in which it was mistakenly surmised that the skin's electrical resistance was constant. The Medi-Dx 7000TM V-sNCT device is the only device that measures the electric component that initiates nerve impulses- the voltage intensity. Voltage initiates the change in nerve membrane potential that causes the propagation of nerve impulse (voltage-gated calcium channels). The Neurometer® measures current output, which is shifts with the skin's constant natural fluctuations in the electrical resistance. Neurometer's constant current mechanism (developed in the 1950s by Davidon an Boonan) maintains current flow between serial tests, but cannot compensate for the skin's fluctuating resistance that adversely affects measurement reproducibility. Any first year medical students know that the skin resistance fluctuates. For example, GSR, Galvanic Skin Resistance, which is one of a battery of tests in the Lie-Detector, measures this fluctuation. Voltage intensity is a direct measure of threshold, while current output is indirect and, therefore, not reproducible, as the American Association of Electrodiagnotic Medicine noted in their review of the Neurometer®.

## OVER 25% OF MEDI-DX 7000™ PURCHASERS ALREADY OWNED A NEUROMETER®

## WHAT NEUROMETER® STUDIES SHOW:
We have found that few have actually read the Neurometer® abstract booklet. What is found are many studies by the "inventor", studies of polyneuropathies( diabetic and toxic, which are not very practical for pain mgmt, orthopedic practices, etc.), and many titles that contain the words "Neuropathy" and "Radiculopathy" but concern alcoholic, metabolic, toxic and chronic nephritis conditions. There are only a few concerning peripheral neuropathy or radiculopathy. These generally support Neurometer® effectiveness on a par with EMG, but EMG is only about 10% effective overall in detecting

nerve morbidity, based on the fact that 80% of suspected patients are NOT selected as EMG candidates. Of the 20% selected < 50% show morbidity. Meanwhile, Medi-Dx studies are all showing sensitivity in the 95%+ range in early or late stages of nerve pathology and on patients that would not be selected as good EMG subjects.

## NEUROMETER® SIMULTANEOUSLY CLAIMED THAT THE MEDI-DX 7000™ DID NOT WORK, AND AT THE SAME TIME INFRINGED ON NEUROMETER® PATENTS?

In early 1998, within weeks of the Medi-Dx 7000TM receiving FDA marketing clearance, Neurometer® began passing out leaflets claiming the Medi-Dx was fraudulent. Simultaneously they sent letters to Medi-Dx users accusing NDA of patent infringement and demanding $10,000 from each user. Only after NDA filed a federal liable and slander action, did Neurometer® stop their unfounded claim of patent infringement. In the process, NDA, through the freedom of information act, discovered some very interesting things about Neurometer® and their patents.

## WERE NEUROMETER® PATENTS FRAUDULENT?

Neurometer® patents claim a "constant current mechanism" and the use of "5 Hz stimulus" were unique to the Neurometer®. However, two years earlier their 510K application referenced articles in the literature that revealed that "constant current mechanisms" were in use in the 1950s, and "5 Hz" was in use in the 1930s. Neurometer®'s "inventor" and his attorney (who is now Neurometer's president) did not reveal these facts to the patent officer who granted the patent. Neurometer® patents all expired in late 1998.

## NEUROMETER® CLAIMS THAT THE MEDI-DX HAS A DIFFERENT WAVEFORM AND CURRENT OUTPUT - SO TRUE!

NDA, Inc. is happy to say that this is true. Of course, it is different, that's why it works better? The patented waveform current is unique for each setting. Though the settings are 5-250 and 2000 Hz the actual frequencies are made up of combinations unique to each nerve type. This has completely confounded Neurometer's contract engineers. Our in-house certified engineer finds their comparison comical. It would take extremely sophisticated electronic testing equipment to measure the patented wavefrom and

modulations. To compare this with the simple sinusoidal waveform of the Neurometer is a joke. They did get one thing correct: The Medi-Dx is completely different from the Neurometer®.

In Neurometer® patents they described their sinusoidal waveform as "comfortable". It is also simple and cheaply made. But most importantly, a comfortable current is difficult to recognize within a narrow range. The patented Medi-Dx 7000TM digitized, modulated current is square waveform on 250 Hz and has multiple modulations of the 5 and 2000 Hz. Their exact characteristics are proprietary. But one thing is sure: The Medi-Dx 7000 works better than any previous sensory threshold measurement device. It does what the Neurometer® promised and never delivered.

Apparently, Neurometer® obtained a copy of NDA's FDA 510 k application and saw that we used an identical waveform current to theirs. But following FDA marketing clearance, we were granted our patent for the new modulated waveform current and FDA regulations allow changes -without application for clearance- if the changes do not affect operation/effectiveness or safety. Ask some of the over 25% of Medi-Dx purchasers who previously had Neurometer® devices, they can tell you about the difference this current, electrode system and method makes. That's why they brought the Medi-Dx 7000 and tossed the Neurometer®

There is only one V-sNCT Device: **MEDI-DX 7000TM - A CLASS BY ITSELF - FAST- ACCURATE - PRACTICAL**

| Comparison: MEDI-DX 7000TM V-sNCT vs. Neurometer® | |
|---|---|
| MEDI-DX 7000TM V-sNCT | Neurometer® |
| Straightforward protocol | Complex protocol, i.e. asks operator to "shake" the cables" and test circuit integrity |

| | |
|---|---|
| No clipping or short-circuits are possible. | Clipping is common and requires cleaning the skin and electrodes, with repasting and starting over again, i.e. "shake the cables", etc. |
| Graphic analysis is understandable to physicians, patients, adjusters, judges and jurors. | Analysis is complex mathematical calculation that must be performed by a computer driven software program. |
| Findings are placed in a narrative report that is computer generated in about three minutes. | Findings presented in a sheet of numerical symbols. |
| Patented single electrode system tests single digital nerves to detect early single branch dysfunction in peripheral entrapments. | Uses dual electrode system that tests both digital branches simultaneously. Normal branch conceals abnormal hypoesthetic branch lesions. |

Top of the Page

### BEDFORD AVE. CHIROPRACTIC & REHABILIATION, PC
### 233 BEDFORD AVENUE
### BELLMORE, NY 11710
### 516-781-9500

## Letter of Medical Necessity for V-sNCT Testing

Re:   Monolakis, Emmanouil
      DOA: 07/22/02

Emmanouil Monolakis presented to my office for treatment due to injuries sustained in an automobile accident, which occurred on July 22, 2002. He was in a vehicle that was involved in a collision. At the moment of impact, he was shaken and jolted. He sustained injuries to his head and neck.

### Diagnosis:

723.4  – Cervical Radiculopathy

Emmanouil Monolakis was examined in our office on September 13, 2002 and continues to complain of neck pain and stiffness, pain radiating into his shoulders and arms, difficulty sitting and sore and spastic muscles.

Due to Mr. Monolakis's condition, I feel at this time, that further diagnostic testing is medically necessary to better isolate the cause of his condition. He is being referred for V-sNCT Testing in order to detect and quantify the presence of any neuropathies or radiculopathies. V-sNCT testing will access sensory nerve function and will allow for early targeted intervention before morbidity can jeopardize outcome. I have referred Emmanouil for V-sNCT testing of the Cervical Spine.

My professional clinical opinion is that this test is in the best interest of my patient and it is therefore, medically necessary in Emmanouil's case to objectively substantiate and document my clinical findings. The findings of the V-sNCT Test will help me to better understand my patient's condition and will help me to also direct care in a more specific and beneficial manner.

Respectfully yours,

Dr. Tara O'Brien, DC.

11/07/02   THU 11:51 FAX 5163553708          STATE FARM PIP          →→→ ROSS SILVERMAN   ☑004

### SLAMOWITZ CHIROPRACTIC CENTER
### 279 BURNSIDE AVENUE
### LAWRENCE, NY 11559
### 516-371-3745

---

*Letter of Medical Necessity for V-sNCT Testing*

Re:   Louis, Cynthia
      DOA: 07/12/02

Cynthia Louis presented to my office or treatment due to injuries sustained in an automobile accident at work, which occurred on July 12, 2002. She was in a vehicle that was involved in a collision. At the moment of impact, she was shaken and jolted. She sustained injuries to her head and neck.

Diagnosis:

723.4 — Cervical Radiculopathy
784.0 — Headaches
728.85— Cervical Myospasm

Cynthia Louis was examined in our office on September 25, 2002 and continues to complain of neck pain and stiffness, pain radiating into her shoulders and arms, numbness in her hands, and sore and spastic muscles.

Due to Ms. Louis's condition, I feel at this time, that further diagnostic testing is medically necessary to better isolate the cause of her condition. She is being referred for V-sNCT Testing in order to detect and quantify the presence of any neuropathies or radiculopathies. V-sNCT testing will access sensory nerve function and will allow for early targeted intervention before morbidity can jeopardize outcome. I have referred Cynthia V-sNCT testing of the Cervical Spine.

My professional clinical opinion is that this test is in the best interest of my patient and is therefore, medically necessary in Cynthia Louis's case to objectively substantiate and document my clinical findings. The findings of the V-sNCT Test will help me to better understand my patient's condition and will help me to also direct care in a more specific and beneficial manner.

Respectfully yours,

*Dr. Mark Slamowitz, DC*

## CENTRAL AVENUE CHIROPRACTIC, PC
### 499 Beach 20th Street
### Far Rockaway, N.Y. 11691
### 718-327-5011

July 13, 2000

Re: Samuel Mccullough
Date of Accident: 04/20/00

Mr. Mccullough was examined in our office on 07/13/00 and has been exhibiting the clinical signs of spinal nerve root radiculopathy/neuropathy since his accident on 04/20/00. Mr. Mccullough has been complaining of symptoms radiating into his bilateral lower extremities. The clinical impression is consistent with suspected bilateral spinal nerve root radiculopathy and/or neuropathy secondary to trauma.

I feel that further diagnostic testing is therefore medically necessary to better isolate the cause of his condition. Since sensory nerves are more vulnerable to injury than motor nerves, I have referred Mr. Mccullough for CPT testing which can detect and isolate nerve dysfunction in a non-invasive manner early on; before chronic nerve degeneration or pathology sets in. It is for this reason that I have referred my patient for CPT testing to detect the presence of these early changes and, if present, direct treatment to the specific causative spinal lesion resulting in improved clinical outcome. (This test provides nerve-root specific information in order to help direct treatment to the isolated areas of suspected vertebral unit dysfunction). It is therefore in the best interest of the patient that this test is performed in order to define and focus his treatment plan.

This evaluation is a painless, non-invasive sensory test. In the event that this test reveals nerve impairment, this test provides nerve-root specific information in order to help direct treatment to the isolated areas of suspected vertebral unit dysfunction. Injured somatosensory nerves can regenerate with appropriate therapeutic intervention. If this test does reveal nerve impairment, further standard testing (NCV and/or EMG) will be ordered to determine whether chronic or permanent nerve damage has occurred to the larger nerve fibers.

My professional clinical opinion is that this test is medically necessary in this case to objectively substantiate and document my clinical findings. Additionally, these measures assist in establishing an optimal treatment protocol for Mr. Mccullough and document the outcome of the therapeutic intervention. When abnormal, the patient may respond to nerve blocks as a therapeutic intervention.

Respectfully yours,

Dr. Christopher J. Green

RECEIVED

AUG 2 2 2000

LAKEVILLE GRO
CLAIM FILE



CENTRAL AVENUE CHIROPRACTIC, P.C.
DR. CHRISTOPHER J. GREEN

1600 Central Ave.
Far Rockaway, NY 11691
Telephone: (718) 327-5011
Fax: (718) 327-1156

May 23, 2000

Re: Sam Mccullogh
Date of Accident: 04/20/00

Mr. Mccullogh was examined in our office on 05/23/00 has been exhibiting the clinical signs of spinal nerve root radiculopathy/neuropathy since his accident on 04/20/00. Mr. Mccullogh has been complaining of symptoms radiating into his upper extremities. The clinical impression is consistent with suspected Cervical/Brachial Syndrome, 723.3 and Myofascitis, 729.1 secondary to trauma.

I feel that further diagnostic testing is therefore medically necessary to better isolate the cause of his condition. Since sensory nerves are more vulnerable to injury than motor nerves, I have referred Mr. Mccullogh for CPT testing which can detect and isolate nerve dysfunction in a non-invasive manner early on; before chronic nerve degeneration or pathology sets in. It is for this reason that I have referred my patient for CPT testing to detect the presence of these early changes and, if present, direct treatment to the specific causative spinal lesion resulting in improved clinical outcome. (This test provides nerve-root specific information in order to help direct treatment to the isolated areas of suspected vertebral unit dysfunction). It is therefore in the best interest of the patient that this test is performed in order to define and focus his treatment plan.

This evaluation is a painless, non-invasive sensory test. In the event that this test reveals nerve impairment, this test provides nerve-root specific information in order to help direct treatment to the isolated areas of suspected vertebral unit dysfunction. Injured somatosensory nerves can regenerate with appropriate therapeutic intervention. If this test does reveal nerve impairment, further standard testing (NCV and/or EMG) will be ordered to determine whether chronic or permanent nerve damage has occurred to the larger nerve fibers.

My professional clinical opinion is that this test is medically necessary in this case to objectively substantiate and document my clinical findings. Additionally, these measures assist in establishing an optimal treatment protocol for Mr. Mccullogh and document the outcome of the therapeutic intervention. When abnormal, the patient may respond to nerve blocks as a therapeutic intervention.

Respectfully yours,

Dr. Christopher J. Green

RECEIVED

AUG 14 2000

THOMAS WIGGINS
LAKEVILLE ORT.

**ATLANTIC MEDICAL & WELLNESS, P.C.**
**882-884 Atlantic Avenue**
**Brooklyn, NY 11238**
**718-622-5860**



32-0373-976  MR

August 15, 2001

Re: Donicla English
Date of Accident: 07/15/01

Ms. English was examined in our office on 08/15/01 and has been exhibiting the clinical signs of spinal nerve root radiculopathy/neuropathy since her accident on 07/15/01. Ms. English has been complaining of symptoms radiating into her bilateral upper extremities. The clinical impression is consistent with suspected bilateral spinal nerve root radiculopathy and/or neuropathy secondary to trauma.

I feel that further diagnostic testing is therefore medically necessary to better isolate the cause of her condition. Since sensory nerves are more vulnerable to injury than motor nerves, I have referred Ms. English for CPT testing which can detect and isolate nerve dysfunction in a non-invasive manner early on; before chronic nerve degeneration or pathology sets in. It is for this reason that I have referred my patient for CPT testing to detect the presence of these early changes and, if present, direct treatment to the specific causative spinal lesion resulting in improved clinical outcome. (This test provides nerve-root specific information in order to help direct treatment to the isolated areas of suspected vertebral unit dysfunction). It is therefore in the best interest of the patient that this test is performed in order to define and focus her treatment plan.

This evaluation is a painless, non-invasive sensory test. In the event that this test reveals nerve impairment, this test provides nerve-root specific information in order to help direct treatment to the isolated areas of suspected vertebral unit dysfunction. Injured somatosensory nerves can regenerate with appropriate therapeutic intervention. If this test does reveal nerve impairment, further standard testing (NCV and/or EMG) will be ordered to determine whether chronic or permanent nerve damage has occurred to the larger nerve fibers.

My professional clinical opinion is that this test is medically necessary in this case to objectively substantiate and document my clinical findings. Additionally, these measures assist in establishing an optimal treatment protocol for Ms. English and document the outcome of the therapeutic intervention. When abnormal, the patient may respond to nerve blocks as a therapeutic intervention.

Respectfully yours,

Dr. Aziz

### PEACHTREE CHIROPRACTIC, P.C.
### 2325 Arthur Avenue
### Bronx, NY 10458
### 718-933-2545



August 22, 2001

Re: Pearleen Frederick
Date of Accident: 06/23/01

Mrs. Frederick was examined in our office on 08/22/01 and has been exhibiting the clinical signs of spinal nerve root radiculopathy/neuropathy since her accident on 06/23/01. Mrs. Frederick has been complaining of symptoms radiating into her bilateral lower extremities. The clinical impression is consistent with suspected bilateral Strain/Sprain, 847.2 secondary to trauma.

I feel that further diagnostic testing is therefore medically necessary to better isolate the cause of her condition. Since sensory nerves are more vulnerable to injury than motor nerves, I have referred Mrs. Frederick for CPT testing which can detect and isolate nerve dysfunction in a non-invasive manner early on; before chronic nerve degeneration or pathology sets in. It is for this reason that I have referred my patient for CPT testing to detect the presence of these early changes and, if present, direct treatment to the specific causative spinal lesion resulting in improved clinical outcome. (This test provides nerve-root specific information in order to help direct treatment to the isolated areas of suspected vertebral unit dysfunction). It is therefore in the best interest of the patient that this test is performed in order to define and focus her treatment plan.

This evaluation is a painless, non-invasive sensory test. In the event that this test reveals nerve impairment, this test provides nerve-root specific information in order to help direct treatment to the isolated areas of suspected vertebral unit dysfunction. Injured somatosensory nerves can regenerate with appropriate therapeutic intervention. If this test does reveal nerve impairment, further standard testing (NCV and/or EMG) will be ordered to determine whether chronic or permanent nerve damage has occurred to the larger nerve fibers.

My professional clinical opinion is that this test is medically necessary in this case to objectively substantiate and document my clinical findings. Additionally, these measures assist in establishing an optimal treatment protocol for Mrs. Frederick and document the outcome of the therapeutic intervention. When abnormal, the patient may respond to nerve blocks as a therapeutic intervention.

Respectfully yours,

Dr. Christopher Montana

# HEMSTEAD PAIN & MEDICAL SERVICES P.C.

ELSIE COLIN M.D.  •  ANNE BRUTUS M.D.

135 Main Street, N.Y. 11550

## 516-485-2225

Examination Date: 7/7/00

Re: Javier Ramos
DOA: June 2, 2000

## LETTER OF MEDICAL NECESSITY FOR CPT TESTING

Mr. Ramos has been exhibiting the clinical signs of spinal nerve root radiculopathy/neuropathy since her accident on June 2, 2000. The patient has been complaining of neck pain that radiates to the left shoulder and arm. The clinical impression is consistent with suspected cervical nerve root compression secondary to trauma. I feel that further diagnostic testing is necessary to better isolate the cause of his condition.

In order to differentially diagnose the extent and severity of the patient's condition and develop the most efficient treatment plan, an electrodiagnostic sensory nerve study was performed. This test, a neuroselective Current Perception Threshold (CPT) evaluation, quantifies the functional integrity of both the large and small afferent (sensory) nerve fibers. The physiologic integrity of the peripheral nerves representing the suspected dermatomes (spinal segments) or sites of nerve impairment involved were tested as well as the adjacent areas of the suspected region to rule out any contributory factors. The distribution of graded values permits the differentiation between sensory nerve impairment resulting from radiculopathic (spinal nerve root irritation) or compressive etiologies, as well as focal mononeuropathy of a traumatic etiology.

AUG 1 8 2000

This evaluation is a painless, non-invasive sensory test. In the event that this test reveals nerve impairment, this test provides nerve root specific information in order to help direct treatment to the isolated areas of suspected vertebral unit dysfunction. Injured somatosensory nerves can regenerate with appropriate therapeutic intervention. If this test does reveal nerve impairment, further standard testing (NCV and/or EMG) will be ordered to determine whether chronic or permanent nerve damage has occurred to the larger nerve fibers.

This test is necessary in this case to objectively substantiate and document my clinical findings. Additionally, these measures assist in establishing an optimal treatment protocol for Mr. Ramos and document the outcome of therapeutic intervention.

Respectfully yours,

Anne Brutus, MD CPMR

C 4

## Triboro Medical Of New York, P.C.
### 2323 First Avenue
### New York, N.Y. 10035
### (212) 722-5889

12/02/99

Re: Angelo Santos
Date of Accident: 06/05/99

Mr. Santos was examined in our office on 12/02/99, and found to have pain and tingling radiating into his upper extremities. The clinical impression was consistent with suspected spinal nerve root radiculopathy/neuropathy.

Angelo has been exhibiting the clinical signs of spinal nerve root radiculopathy/neuropathy since the accident on 06/05/99 and has not progressed as well as expected under conservative care to this point. I feel that further diagnostic testing is therefore necessary to better isolate the cause of his condition.

In order to differentially diagnose the extent and severity of Mr. Santos's condition and develop the most efficient treatment plan, an electrodiagnostic sensory nerve study was performed. This test, a neuroselective Current Perception Threshold (CPT) evaluation, quantitates the functional integrity of both the large and small afferent (sensory) nerve fibers. The physiologic integrity of the peripheral nerves representing the suspected dermatomes (spinal segments) or sites of nerve impairment involved were tested as well as the adjacent areas of the region to rule out any contributory factors. The distribution of graded values permits the differentiation between sensory nerve impairment resulting from radiculopathic (spinal nerve root irritation) or compressive etiologies, as well as focal mononeuropathy of a traumatic etiology.

This test will provide nerve-root specific information in order to help direct treatment to the isolated areas of suspected vertebral unit dysfunction.

This evaluation is a sensory test. Injured somatosensory nerves can regenerate with appropriate therapeutic intervention. Follow-up testing is necessary in order to establish that a sensory impairment is permanent and in the event that a NCV was performed, CPT testing confirms permanent impairment.

My professional clinical opinion is that this test was medically necessary in this case to objectively substantiate and document my clinical findings. Additionally, these measures assist in establishing an optimal treatment protocol for Mr. Santos and document the outcome of the therapeutic intervention. When abnormal, the patient may respond to nerve blocks as a therapeutic intervention.

Respectfully yours,

Dr. Roumi

RECEIVED

JUN 02 2006

JEAN CHAMBLIN
LICENVILLE OSO

DF

## HOSS MEDICAL SERVICES, PC
PO BOX 8
ATLANTIC BEACH, NY 11509
(516) 371-2574

### Electrodiagnostic Examination Report

**Patient Information**
Name: Louis, Cynthia
Date of Accident: 07/12/02
Date of Exam: 9/25/02
Referring Doctor: Dr. Slamowitz, DC
Date of Report: 10/02/02

Study: Cervical Distribution: V-sNCT, Voltage-actuated Sensory Nerve Conduction Threshold

**EXAMINATION:**
ELECTRODIAGNOSTIC SENSORY NERVE THRESHOLD AMPLITUDE W/O VELOCITY (PRECEPTION THRESHOLD CERVICAL SPINAL NERVE ROOTS)

**TECHNOLOGY & ANALTIC PROTOCOL**
It has been well established that sensory nerves are more vulnerable to injury than motor nerves and the CPT test detects subtle changes to sensory function which are altered weeks, months and in some cases even years before the development of motor nerve degeneration, which EMG requires to detect pathology. In the detection of these early morbid changes, the CPT uses specific frequencies to assess a broad spectrum of sensory function in the pre-and postganglionic fibers. Conventional EMG is limited mainly to the more traumatically resistant large postganglionic motor fibers. One of the many advantages of the CPT test is that it allows early targeted intervention before morbidity can jeopardize outcome. Federal Medicare guidelines list Current Perception Threshold (CPT) as "reasonable and necessary" in a wide variety of sensory conditions ranging from diabetic polyneuropathies and peripheral entrapment neuropathies to neck and back pain (radiculopathies).

**SE-CPT ANALYTIC PROTOCOL:**
The analytic protocol used here is the most conservative classification system. It is based upon measurements in the broad functional spectrum offered by the 250HZ. Frequency test. Measurements are rated above (hypoesthesia) and below (hyperesthesia) the mean population range of current perception threshold, after adjusting the overall pattern to correct for individual idiosyncrasies (reducing false positive tests.)

**HYPOESTHESIA:** Hypoesthesia is the most serious dysfunction. A rating of +1 (mild) is applied to a level measuring +0.8 mA over the mean, +2 (moderate)=+1.1 mA over mean, +3 (marked) =+1.4 mA over mean, +4 (severe) =+1.9 mA over mean, +5 (very severe)=2.0 mA or more over mean. Contralateral deviations of more than 20% are considered to be indicative of greater severity than the basic rating analysis protocol indicate.

**HYPERESTHESIA:** The rating of hyperesthesia is applied to any level that is measured at less than 0.8mA of the adjusted mean pattern. No grading system is applied.
**ASYMMETRY/DEVIATION:** Asymmetry discovered within a given nerve root is measured and reported on when the deviation from right to left is significant (>20%) and is clinically relevant, i.e., it approximates another nerve roots lesion (usually above hypoesthesia) either directly superior or directly inferior to the nerve root noted as having such a deviation. The relevance is that the hypoesthesia of the neighboring nerve root may be influencing via shared fibers the nerve root with the measurable asymmetry and may help explain why a patient complains of symtomology in a nerve roots distribution that has grossly normal raw data readings. This information, when reported as present, should be considered clinically

**Type A-delta fiber Deviation Index:** After measures are adjusted to the population average mean (best-match), sensory deafferentation (hypoesthesia) is rated as +1-Mild when a measure is > 0. mA above the mean. Ratings of +2-Moderate, +3-Marked, +4-Severe and +5-Very Severe are progressively > 0. mA above the mean. Ratings of +2-Moderate, +3-Marked are considered more significant in the presence of a contralateral deviation > %. The most severe hypoesthesia is considered the primary lesion. Lower ratings can usually be negated until follow-up exam confirms pathology. Hyperesthesia suggests irritation, not true pathology, and is reported as -1 Hyper when an adjusted measure is approximately 0.9 mA below the population average mean,

**Internuclal Dysinhibition and Pain Tolerance Threshold (PTT):** In chronic hypoesthesia the attenuating spinal cord internuclal fibers adapt and pass more nerve impulses, which causes a "false" hyperesthesia contralateral to the primary lesion, whose Mild to Moderate dysfunction is actually more severe. Baseline PTT is useful when sympathetically mediated (RSD-type) syndromes are suspected. Normal subjects painlessly tolerate A-delta threshold stimuli, while A-beta fibers (sensitive to 2000 Hz) tolerate up to 10 mA, and C fibers (sensitive to 5 Hz) tolerate up to three times the 5 Hz threshold.

2

**General Considerations:** Based on the principles of Weber/Fechner, and the fact that humans cannot quantify electrical stimuli within this method's narrow 0.2 mA range, this exam is objective and malinger resistant. The SE-CPT assesses the entire nerve tract so it is useful in quantifying dysfunction in CNS and peripheral nerve pathologies. Published studies report over 95% sensitivity, making SE-CPT more useful than EMG/NCV, which require quite advanced nerve degeneration before detecting morbidity.

## FINDINGS SUMMARY:

### *THE ABOVE FINDINGS SUPPORT THE CLINICAL DIAGNOSIS OF CERVICAL RADICULOPATHY SECONDARY TO TRAUMA AND SHOULD BE CORRELATED CLINICALLY WITH OTHER DIAGNOSTIC TESTING*

**250 HZ EXAMINATION FINDINGS OF A-DELTA FIBER HYPOESTHETIC DYSFUNCTION:**
**LEFT (C6) UNLAR NERVE +1 MILD**

**HYPERESTHESIA OF THE TYPE A DELTA FIBERS**
**NO HYPERESTHETIC FINDINGS NOTED.**

### CLINICAL CORRELATION

- If motor nerve root involvement is suspected, radiographic studies at he limits of motion in lateral bending should be taken. If motor unit dysfunction is noted, the diagnosis may include mixed sensory/ motor radiculopathy.
- CT scan or MRI of the cervical spine is indicated to rule out herniated disc and/or IVF encroachment

Sincerely,

Husey...

**UNADJUSTED EXAM DATA:** (add a decimal between the numbers to convert to mA> 23 = 2.3mA)
C2R / C2L -- 30 / 34; C3R / C3L -- 28 / 30; C4R / C4L -- 30 / 30; C5R / C5L -- 28 / 28; C6R / C6L -- 32 / 28; C7R / C7L -- 34 / 36;
C8R / C8L -- 38 / 46; T1R / T1L -- 24 / 26; T2R / T2L -- 26 / 24

¹ VERSION 4.0(

## CPT MEDICAL SERVICES, PC
PO BOX 40
Atlantic Beach, NY 11509
(516) 371-2574

## Electrodiagnostic Examination Report

**Patient Information**
Name: EMMANOUIL MANOLAKIS
Date of Accident: 7/22/02
Date of exam: 8/13/2002
Referring Doctor: Tara O'Brien, DC
Date of Report: 10/2/02

Study: **Cervical Distribution: V-sNCT, Voltage-actuated Sensory Nerve Conduction Threshold**

**EXAMINATION:**
ELECTRODIAGNOSTIC SENSORY NERVE THRESHOLD AMPLITUDE W/O VELOCITY (PRECEPTION THRESHOLD CERVICAL SPINAL NERVE ROOTS)

**TECHNOLOGY & ANALYTIC PROTOCOL**
It has been well established that sensory nerves are more vulnerable to injury than motor nerves and the CPT test detects subtle changes to sensory function which are altered weeks, months and in some cases even years before the development of motor nerve degeneration, which EMG requires to detect pathology. In the detection of these early morbid changes, the CPT uses specific frequencies to assess a broad spectrum of sensory function in the pre and postganglionic fibers. Conventional EMG is limited mainly to the more traumatically resistant large postganglionic motor fibers. One of the many advantages of the CPT test is that it allows early targeted intervention before morbidity can jeopardize outcome. Federal Medicare guidelines list Current Perception Threshold (CPT) as reasonable and necessary in a wide variety of sensory conditions ranging from diabetic polyneuropathies and peripheral entrapment neuropathies to neck and back pain (radiculopathies).

**SE-CPT ANALYTIC PROTOCOL:**
The analytic protocol used here is the most conservative classification system. It is based upon measurements in the broad functional spectrum offered by the 250HZ, Frequency test. Measurements are rated above (hypoesthesia) and below (hyperesthesia) the mean population range of current perception threshold, after adjusting the overall patterns to correct for individual idiosyncrasies (reducing false positive tests.)

**HYPOESTHESIA:** Hypoesthesia is the most serious dysfunction. A rating of +3 (mild) is applied to a level measuring +0.8 mA over the mean, +2 (moderate)=+1.1 mA over mean, +3 (marked) =+1.4 mA over mean, +4 (severe)=+1.7 mA over mean, +5 (very severe)=2.0 mA or more over mean. Contralateral deviations of more than 20% are considered to be indicative of greater severity than the basic rating analysis protocol indicate.

**HYPERESTHESIA:** The rating of hyperesthesia is applied to any level that is measured at less than 0.6mA of the adjusted mean pattern. No grading system is applied.

**ASSYMETRY/DEVIATION:** Asymmetry discovered within a given nerve root is measured and reported on when the deviation from right to left is significant (>20%) and is clinically relevant, i.e., it approximates another nerve roots lesion (usually strong hypoesthesia) either directly superior or directly inferior to the nerve root noted as having such a deviation. The relevance is that the hypoesthesia of the neighboring nerve root may be influencing via shared fibers the nerve root with the measurable asymmetry and may help explain why a patient complains of symtomotolgy in a nerve roots distribution that has grossly normal raw data readings. This information, when reported as present, should be considered clinically

**Type A-delta fiber Deviation Index:** After measures are adjusted to the population average mean (best-match), sensory deafferentation (hypoesthesia) is rated as +1-Mild when a measure is > 0. mA above the mean. Ratings of +2-Moderate, +3-Marked, +4-Severe and +5-Very Severe are progressively > 0. mA above the mean. Normal to Moderate findings are considered more significant in the presence of a contralateral deviation > %. The most severe hypoesthesia is considered the primary lesion. Lower ratings can usually be negated until follow-up exam confirms pathology. Hyperesthesia suggests irritation, not true pathology, and is reported as -1 Hyper when an adjusted measure is approximately 0.6 mA below the population average mean.

**Internuclal Dysinhibition and Pain Tolerance Threshold (PTT):** In chronic hypoesthesia the attenuating spinal cord internuclal fibers adapt and pass more nerve impulses, which causes a "false" hyperesthesia contralateral to the primary lesion, whose Mild to Moderate dysfunction is actually more severe. Baseline PTT is useful when sympathetically mediated (RSD-type) syndromes are

2                                                                                      2

suspected. Normal subjects painlessly tolerate A-delta threshold stimuli, while A-beta fibers (sensitive to 2000 Hz) tolerate up to 10 mA, and C fibers (sensitive to 5 Hz) tolerate up to three times the 5 Hz threshold.

General Considerations:  Based on the principles of Weber/Fechner, and the fact that humans cannot quantify electrical stimuli within this method's narrow 0.2 mA range, this exam is objective and malinger resistant. The SE-CPT assesses the entire nerve tract so it is useful in quantifying dysfunction in CNS and peripheral nerve pathologies. Published studies report over 95% sensitivity, making SE-CPT more useful than EMG/NCV, which require quite advanced nerve degeneration before detecting morbidity.

### FINDINGS SUMMARY:
*THE ABOVE FINDINGS SUPPORT THE CLINICAL DIAGNOSIS OF CERVICAL RADICULOPATHY SECONDARY TO TRAUMA AND SHOULD BE CORRELATED CLINICALLY WITH OTHER DIAGNOSTIC TESTING*

### 250 HZ EXAMINATION FINDINGS OF A-DELTA FIBER HYPOESTHETIC DYSFUNCTION:
**RIGHT (C4) SUPRASCAPULAR NERVE +2 MODERATE**
**RIGHT (C5) AXILLARY NERVE +2 MODERATE**
**RIGHT (C6) RADIAL NERVE LATERAL BRANCH +1 MILD**
**RIGHT (C7) RADIAL NERVE MEDIAL BRANCH +1 MILD**

### HYPERESTHESIA OF THE TYPE A DELTA FIBERS
**NO HYPERESTHETIC FINDINGS NOTED.**

#### CLINICAL CORRELATION
- If motor nerve root involvement is suspected, radiographic studies at the limits of motion in lateral bending should be taken. If motor unit dysfunction is noted, the diagnosis may include mixed sensory/ motor radiculopathy.
- CT scan or MRI of the cervical spine is indicated to rule out herniated disc and/or IVF encroachment

Sincerely,

Huseyin E. Tuncel, M.D

UNADJUSTED EXAM DATA: (add a decimal between the numbers to convert to mA: 23 = 2.3mA)
C2R / C2L -- 22 / 24; C3R / C3L -- 26 / 20; C4R / C4L -- 30 / 25; C5R / C5L -- 30 / 25; C6R / C6L -- 30 / 25; C7R / C7L -- 38 / 32; C8R / C8L -- 32 / 25; T1R / T1L -- 20 / 20; T2R / T2L -- 17 / 22

VERSION 4.01



# ·HOSS MEDICAL SERVICES, PC
### PO BOX 8
### ATLANTIC BEACH, NY 11509
### (516) 371-2574

## Electrodiagnostic Examination Report

**Patient Information**
Name: Donicia English
Number: 011507del
Date Report: 9/28/01
Date of Accident: 7/15/01
Referring Doctor: Dr. Aziz
Date of exam: 9/26/01

---

## Study: Lumbar Distribution Sensory Nerve Conduction Threshold (sNCT) Amplitude

**EXAMINATION:**
ELECTRODIAGNOSTIC SENSORY NERVE THRESHOLD AMPLITUDE W/O VELOCITY (PRECEPTION THRESHOLD LUMBAR SPINAL NERVE ROOTS)

**TECHNOLOGY & ANALTIC PROTOCOL**
It has been well established that sensory nerves are more vulnerable to injury than motor nerves and the CPT test detects subtle changes to sensory function which are altered weeks, months and in some cases even years before the development of motor nerve degeneration, which EMG requires to detect pathology. In the detection of these early morbid changes, the CPT uses specific frequencies to assess a broad spectrum of sensory function in the pre and postganglionic fibers. Conventional EMG is limited mainly to the more traumatically resistant large postganglionic motor fibers. One of the many advantages of the CPT test is that it allows early targeted intervention before morbidity can jeopardize outcome. Federal Medicare guidelines list Current Perception Threshold (CPT) as "reasonable and necessary" in a wide variety of sensory conditions ranging from diabetic polyneuropathies and peripheral entrapment neuropathies to neck and back pain (radiculopathies).

**SE-CPT ANALYTIC PROTOCOL:**
The analytic protocol used here is the most conservative classification system. It is based upon measurements in the broad functional spectrum offered by the 250HZ. Frequency test. Measurements are rated above (hypoesthesia) and below (hyperesthesia) the mean population range of current perception threshold, after adjusting the overall pattern to correct for individual idiosyncrasies (reducing false positive tests.)

HYPOESTHESIA: Hypoesthesia is the most serious dysfunction. A rating of +1 (mild) is applied to a level measuring +0.6 mA over the mean, +2 (moderate)=+1.1 mA over mean, +3 (marked) =+1.4 mA over mean, +4 (severe) =+1.7 mA over mean, +5 (very severe)=2.0 mA or more over mean. Contralateral deviations of more than 20% are considered to be indicative of greater severity than the basic rating analysis protocol indicates.

HYPERESTHESIA: The rating of hyperesthesia is applied to any level that is measured at less than 0.6mA of the adjusted mean pattern. No grading system is applied.

ASSYMETRY/DEVIATION: Asymmetry discovered within a given nerve root is measured and reported on when the deviation from right to left is significant (>20%) and is clinically relevant, i.e., it approximates another nerve roots lesion (usually strong hypoesthesia) either directly superior or directly inferior to the nerve root noted as having such a deviation. The relevance is that the hypoesthesia of the neighboring nerve root may be influencing via shared fibers the nerve root with the measurable asymmetry and may help explain why a patient complains of symtomotology in a nerve roots distribution that has grossly normal raw data readings. This information, when reported as present, should be considered clinically

**Method/Device:** Sensory nerve conduction threshold (sNCT) amplitude measurements by single-electrode current perception threshold (SE-CPT) device (Hedgecock Method and Deviation Index)

**Lumbar Type A-delta fiber Deviation Index:** After measures are adjusted to the population average mean (best-match), sensory deafferentation (hypoesthesia) is rated as +1-Mild when a measure is > 0.9 mA above the mean. Ratings of +2-Moderate, +3-Marked, +4-Severe and +5-Very Severe are progressively > 0.4 mA above +1-Mild. Normal to Moderate findings are considered more significant in the presence of a contralateral deviation > 30%. The most severe hypoesthesia is considered the primary lesion. Lower ratings can usually be negated until follow-up exam confirms pathology. Hyperesthesia suggests irritation, not true pathology, and is reported as -1 Hyper when an adjusted measure is approximately 0.9 mA below the population average mean.

Internuclal Dysinhibition and Pain Tolerance Threshold (PTT): In chronic hypoesthesia the attenuating spinal cord internuclal fibers adapt and pass more nerve impulses, which causes a "false" hyperesthesia contralateral to the primary lesion, whose Mild to Moderate dysfunction is actually more severe. Baseline PTT is useful when sympathetically mediated (RSD-type) syndromes are suspected. Normal subjects painlessly tolerate A-delta threshold stimuli, while A-beta fibers (sensitive to 2000 Hz) tolerate up to 10 mA, and C fibers (sensitive to 5 Hz) tolerate up to three times the 5 Hz threshold.

General Considerations: Based on the principles of Weber/Fechner, and the fact that humans cannot quantify electrical stimuli within this method's narrow 0.2 mA range, this exam is objective and malinger resistant. The SE-CPT assesses the entire nerve tract so it is useful in quantifying dysfunction in CNS and peripheral nerve pathologies. Published studies report over 95% sensitivity, making SE-CPT more useful than EMG/NCV, which require quite advanced nerve degeneration before detecting morbidity.

## FINDINGS SUMMARY:

*THE ABOVE FINDINGS SUPPORT THE CLINICAL DIAGNOSIS OF LUMBAR RADICULOPATHY SECONDARY TO TRAUMA AND SHOULD BE CORRELATED CLINICALLY WITH OTHER DIAGNOSTIC TESTING*

### 250 HZ EXAMINATION FINDINGS OF A-DELTA FIBER HYPOESTHETIC DYSFUNCTION:
BILATERAL (L1) UPPER LUMBAR NERVE +5 VERY SEVERE
RIGHT (L3) FEMORAL CUTANEOUS NERVE +1 MILD
LEFT (L2) LAT. FEMORAL CUTANEOUS NERVE +4 SEVERE
RIGHT (S2) POST. FEMORAL CUTANEOUS NERVE +2 MODERATE

### HYPERESTHESIA OF THE TYPE A DELTA FIBERS
BILATERAL (S1) SURAL NERVE -1 HYPER

### CLINICAL CORRELATION
• If motor nerve root involvement is suspected, radiographic studies at he limits of motion, ipsilateral bending should be taken. If motor unit dysfunction is noted, the diagnosis may include mixed sensory/ motor radiculopathy.
• CT scan or MRI of the cervical spine is indicated to rule out herniated disc and/or IVF encroachment

Sincerely,

Huseyin C. Tuncel, M.D

UNADJUSTED EXAM DATA: (add a decimal between the numbers to convert to mA: 23 ≈ 2.3mA)

# HOSS MEDICAL SERVICES, P.C,

P.O. Box 8 Atlantic Beach, N.Y. 11509
Appointments: (718) 327-5011

## NEURODIAGNOSTIC STUDY

D3

Patient: Donicia English
Date of onset or injury: July 15, 2001
Date of examination: 08/15/01
Date of report: 08/22/01
Referring Doctor: Dr. Aziz

## EXAMINATION: ELECTRODIAGNOSTIC SENSORY NERVE THRESHOLD AMPLITUDE W/O VELOCITY (PERCEPTION THRESHOLD CERVICAL SPINAL NERVE ROOTS)

## TECHNOLOGY & ANALTYIC PROTOCOL

It has been well established that sensory nerves are more vulnerable to injury than motor nerves, and the CPT test detects subtle changes to sensory function which are altered weeks, months, and in some cases even years before the development of motor nerve degeneration, which EMG requires to detect pathology. In the detection of these early morbid changes, the CPT uses specific frequencies to assess a broad spectrum of sensory function in the pre and postganglionic fibers. Conventional EMG is limited mainly to the more traumatically resistant large postganglionic motor fibers. One of the many advantages of the CPT test is that it allows early targeted intervention before morbidity can jeopardize outcome. Federal Medicare guidelines list Current Perception Threshold (CPT) as "reasonable and necessary" in a wide variety of sensory conditions ranging from diabetic polyneuropathies and peripheral entrapment neuropathies to neck and back pain (radiculopathies).

## CPT ANALYTIC PROTOCOL:

The analytic protocol used here is the most conservative classification system. It is based upon measurements in the broad functional spectrum offered by the 250 Hz frequency test. Measurements are rated above (hypoesthesia) and below (hyperesthesia) the mean population range of current perception threshold, after adjusting the overall pattern to correct for individual idiosyncrasies (reducing false positive tests).

HYPOESTHESIA: Hypoesthesia is the most serious dysfunction. A rating of +1 (mild) is applied to a level measuring +0.8 mA over the mean, +2 (moderate) = +1.1 mA over mean, +3 (marked) = +1.4 mA over mean, +4 (severe) = +1.7 mA over mean, +5 (very severe) = 2.0 mA or more over mean. Contralateral deviations of more than 20% are considered to be indicative of greater severity than the basic rating analysis protocol indicates.



HYPERESTHESIA: The rating of hyperesthesia is applied to any level that is measured at less than 0.8 mA of the adjusted mean pattern. No grading system is applied.

ASSYMETRY/DEVIATION: Asymmetry discovered within a given nerve root is measured and reported on when the deviation from right to left is significant (>20%) and is clinically relevant when it approximates another nerve root lesion (usually strong hypoesthesia) either directly superior or directly inferior to the nerve root noted as having such a deviation. The relevance is that the hypoesthesia of the neighboring nerve root may be influencing via shared fibers the nerve root with the measurable asymmetry and may help explain why a patient complains of symptomatology in a nerve root distribution that has grossly normal raw data readings. This information, when reported as present, should be considered clinically secondary to the neighboring nerve root lesion.

## DONICIA ENGLISH : EXAMINATION FINDINGS.

The cervical nerves tested in this polyalgic patient included suprascapular, musculocutaneous, median antebrachial cutaneous, radial, median, ulnar, and intercostobrachial and medial brachial cutaneous nerves. Findings are reported in reference to dermatomal segments, since the suspected site of the lesion is the spinal nerve root(s).

## HYPOESTHESIA (250 Hz): HYPOESTHESIA WAS DETECTED AT SIX OF THE EIGHTEEN
SITES TESTED AND ARE AS FOLLOWS:
C4 RIGHT/RIGHT SUPRASCAPULAR NERVE (+3.6, MARKED-SEVERE);
C5 BILATERAL/BILAT. AXILLARY NERVES (+4 RIGHT, SEVERE AND +1 LEFT, MILD);
C6 BILATERAL/BILAT. RADIAL NERVES (+2, MODERATE); AND
T2 RIGHT/RIGHT 2ND THORACIC NERVE (+3.3, MARKED-SEVERE).

## HYPERESTHESIA (250Hz): No hyperesthesia findings are noted.

## ASSYMETRICAL DEVIATION:
None of the 250 Hz. right to left deviations is deemed to add any diagnostic significance to the findings as already stated above.

## DIAGNOSIS:
THESE FINDINGS SUPPORT AN ELECTROPHYSIOLOGIC DIAGNOSIS OF CERVICAL RADICULOPATHY. THE SITE OF THE LESION IS THE NERVE ROOT RADICALS AND/OR ASSOCIATED STRUCTURES AT C4, C5, C6 AND T2. THESE FINDINGS OBJECTIVELY DOCUMENT THE SENSORY SYMPTOMOTOLOGY DESCRIBED BY THE PATIENT.

## SUMMARY:
THIS EXAMINATION DEMONSTRATES ABNORMAL SENSORY RESPONSE IN THE 250 Hz. SENSITIVE TYPE A DELTA NERVE FIBERS WITH THE MOST SERIOUS INVOLVEMENT BEING FUNCTIONAL HYPOESTHESIA. THIS WAS FOUND AT THE LEVELS OF C4, C5, C6 AND T2.
THE ABOVE FINDINGS SUPPORT THE CLINICAL DIAGNOSIS OF CERVICAL RADICULOPATHY SECONDARY TO TRAUMA AND SHOULD BE CORRELATED CLINICALLY WITH OTHER DIAGNOSTIC TESTING.

## CLINICAL CORRELATION:
The motor nerve root involvement may be further documented with radiographic studies at the limits of motion in lateral bending. If motor unit dysfunction is noted, the diagnosis may include mixed sensory/motor radiculopathy.
CT scan or MRI of the cervical spine is indicated in this case to rule out herniated disc, spinal cord lesion and/or IVF encroachment.

## RECOMMENDATIONS: Once all contraindications have been excluded, spinal manipulation directed at the involved levels with a course of active non-weight bearing exercises seems the most efficacious conservative treatment. Conservative treatment should be directed at restoring proper nervous system function by freeing any biomechanical interference or spinal nerve root encroachment where possible. If the patient proves unresponsive to a more conservative approach, then further neurological consultation and intervention such as nerve block therapy may be indicated.

Huseyin E. Tuncel, M.D.
Date of report: 08/22/01

# CPT MEDICAL SERVICES, P.C.

40 Atlantic Beach, N.Y. 11509         Appointments: (718) 327-5011

## NEURODIAGNOSTIC STUDY

Patient: Pearleen Frederick
Date of onset or injury: June 23, 2001
Date of examination: 08/22/01
Date of report: 08/24/01
Referring Doctor: Dr. Montana

### EXAMINATION:
ELECTRODIAGNOSTIC SENSORY NERVE THRESHOLD AMPLITUDE W/O VELOCITY
(PERCEPTION THRESHOLD LUMBOSACRAL SPINAL NERVE ROOTS)

### TECHNOLOGY & ANALYTIC PROTOCOL
It has been well established that sensory nerves are more vulnerable to injury than motor nerves, and the CPT test detects subtle changes to sensory function which are altered weeks, months, and in some cases even years before the development of motor nerve degeneration, which EMG requires to detect pathology. In the detection of these early morbid changes, the CPT uses specific frequencies to assess a broad spectrum of sensory function in the pre and postganglionic fibers. Conventional EMG is limited mainly to the more traumatically resistant large postganglionic motor fibers. One of the many advantages of the CPT test is that it allows early targeted intervention before morbidity can jeopardize outcome. Federal Medicare guidelines list Current Perception Threshold (CPT) as "reasonable and necessary" in a wide variety of sensory conditions ranging from diabetic polyneuropathies and peripheral entrapment neuropathies to neck and back pain (radiculopathies).

### CPT ANALYTIC PROTOCOL:
The analytic protocol used here is the most conservative classification system. It is based upon measurements in the broad functional spectrum offered by the 250 Hz. frequency test. Measurements are rated above (hypoesthesia) and below (hyperesthesia) the mean population range of current perception threshold, after adjusting the overall pattern to correct for individual idiosyncrasies (reducing false positive tests).

HYPOESTHESIA: Hypoesthesia is the most serious dysfunction. A rating of +1 (mild) is applied to a level measuring +0.8 mA over the mean, +2 (moderate) = +1.1 mA over mean, +3 (marked) = +1.4 mA over mean, +4 (severe) = +1.7 mA over mean, +5 (very severe) = 2.0 mA or more over mean. Contralateral deviations of more than 20% are considered to be indicative of greater severity than the basic rating analysis protocol indicates.

HYPERESTHESIA: The rating of hyperesthesia is applied to any level that is measured at less than 0.9 mA of the adjusted mean pattern. No grading system is applied.

ASSYMETRY/DEVIATION: Asymmetry discovered within a given nerve root is measured and reported on when the deviation from right to left is significant (>20%) and is clinically relevant, i.e., it approximates another nerve root lesion (usually strong hypoesthesia) either directly superior or directly inferior to the nerve root noted as having such a deviation. The relevance is that the hypoesthesia of the neighboring nerve root may be influencing via shared fibers the nerve root with the measurable asymmetry and may help explain why a patient complains of symptomotolgy in a nerve root distribution that has grossly normal raw data readings. This information, when reported as present, should be considered clinically secondary to the neighboring nerve root lesion.

## PEARLEEN FREDERICK: EXAMINATION FINDINGS.

The lumbar nerves tested in this polyalgic patient included lateral femoral cutaneous, femoral, peroneal, saphenous, and sural nerves. Findings are reported in reference to dermatomal segments, since the suspected site of the lesion is the spinal nerve root(s).

## HYPOESTHESIA (250 Hz): HYPOESTHESIA WAS DETECTED AT TWO OF THE FOURTEEN SITES TESTED;

S1 BILATERAL/BILAT. SURAL NERVES (+1.75 RIGHT, MILD AND +2 LEFT, MODERATE).

## DEVIATION RIGHT TO LEFT;

None of the 250 Hz. right to left deviations is deemed to add any diagnostic significance to the findings as already stated above.

## HYPERESTHESIA;

250Hz: No hyperesthesia findings are noted.

## DIAGNOSIS;

These findings support an electrophysiologic diagnosis of lumbar radiculopathy. The site of the lesion is the nerve root radicals and/or associated structures at S1. These findings objectively document the sensory symptomotolgy described by the patient.

## SUMMARY FOR PEARLEEN FREDERICK;

This examination demonstrates abnormal sensory response in the 250 HZ. Sensitive type A delta nerve fibers with the most serious involvement being functional hypoesthesia. This was found at the level of S1.
* THE ABOVE FINDINGS SUPPORT THE CLINICAL DIAGNOSIS OF LUMBAR RADICULOPATHY SECONDARY TO TRAUMA AND SHOULD BE CORRELATED CLINICALLY WITH OTHER DIAGNOSTIC TESTING.

## CLINICAL CORRELATION;

- If motor nerve root involvement is suspected, radiographic studies at the limits of motion in lateral bending should be taken. If motor unit dysfunction is noted, the diagnosis may include mixed sensory/motor radiculopathy.
- CT scan or MRI of the lumbosacral spine is indicated to rule out herniated disc and/or IVF encroachment.

RECOMMENDATIONS: Once all contraindications have been excluded, spinal manipulation with a course of active non-weight bearing exercises seems the most efficacious conservative treatment. Conservative treatment should be directed at correcting the vertebral unit dysfunction at these levels to restore proper nervous system function by freeing any biomechanical interference or spinal nerve root encroachment where possible. If the patient proves unresponsive to a more conservative approach, then further neurological consultation and intervention such as nerve block therapy may be indicated.

Huseyin E. Tuncel/M.D.
Date of report: 8/24/01

**CPT MEDICAL SERVICES, P.C.**
1600 Central Avenue, 1ˢᵗ Floor, Rear Suite
Far Rockaway, N.Y. 11691

APPOINTMENTS: 718-327-5011

## NEURODIAGNOSTIC STUDY

Patient: Angelo Santos
Date of onset or injury: June 5, 1999
Referring Doctor: Dr. Roumi
Date of examination: 12/02/99
Date of report: 12/09/99

### EXAMINATION:
CERVICAL CURRENT PERCEPTION THRESHOLD (CPT) NERVE CONDUCTION STUDY

### TECHNOLOGY:
Federal Medicare guidelines list Current Perception Threshold (CPT) as "reasonable and necessary" in a wide variety of sensory conditions ranging from diabetic polyneuropathies and peripheral entrapment neuropathies to neck and back pain (radiculopathies). It has been well established that sensory nerves are more vulnerable to injury than motor nerves, and the CPT test detects subtle changes to sensory function which are altered weeks, months, and in some cases even years before the development of motor nerve degeneration, which EMG requires to detect pathology. In the detection of these early morbid changes, the CPT uses specific frequencies to assess a broad spectrum of sensory function in the pre and postganglionic fibers. Conventional EMG is limited mainly to the more traumatically resistant large postganglionic motor fibers. One of the many advantages of the CPT test is that it allows early targeted intervention before morbidity can jeopardize outcome.

(Interest in CPT began at Johns Hopkins in the early 1980s and continues at major institutions such as Harvard and UCLA. It has been supported by a body of published research and clinical data to have a sensitivity in the 80% to 90% range with a specificity of 100% (P. L. Pelmear, MD; Journal of Clinical Neurophysiology, March 1995). The latest innovation has been the introduction of digitally produced current waveforms that allow precise system threshold responses within 0.1 mA; this accuracy was not possible with the previous analog technology. With this greater accuracy, the CPT tests are now, more than ever, the method of choice for early detection of sensory neuropathies, radiculopathies, Reflex Sympathetic Dystrophy (RSD) and for screening patients before more painful invasive nerve tests are performed.)

### CPT ANALYTIC PROTOCOL:
The analytic protocol used here is the most conservative classification system. It is based upon measurements in the broad functional spectrum offered by the 250 Hz. frequency test. Measurements are rated above (hypoesthesia) and below (hyperesthesia) the mean population range of current perception threshold, after adjusting the overall pattern to correct for individual idiosyncrasies (reducing false positive tests).

HYPOESTHESIA: Hypoesthesia is the most serious dysfunction. A rating of +1 (mild) is applied to a level measuring +0.8 mA over the mean, +2 (moderate) = +1.1 mA over mean, +3 (marked) = +1.4 mA over mean, +4 (severe) = +1.7 mA over mean, +5 (very severe) = 2.0 mA or more over mean. Contralateral deviations of more than 20% are considered to be indicative of greater severity than the basic rating analysis protocol indicates.

HYPERESTHESIA: The rating of hyperesthesia is applied to any level that is measured at less than 0.8 mA of the adjusted mean pattern. No grading system is applied.

QUANTIFICATION OF RSD BY PAIN PERCEPTION THRESHOLD (PPT): Where suspected, PPT testing can be performed to detect and quantify the perversion of sensory perception associated with RSD. Pain is normally not experienced with the 2000 Hz. frequency even at a maximum output of 10.0 mA, and the 5 Hz. frequency is not normally painful to less than three times the recognition level. Patients often experience unexpected pain at 250 Hz, as well. Variations in these levels of tolerance at all three frequencies are helpful in the diagnosis and quantification of RSD.

RECEIVED

JUN 0 2 2000

JEAN CHAMBLIN
LAKEVILLE OBC

## ANGELO SANTOS : EXAMINATION FINDINGS.

The cervical nerves tested in this polyalgic patient included suprascapular, musculocutaneous, median antebrachial cutaneous, radial, median, ulnar, and intercostobrachial and medial brachial cutaneous nerves. Findings are reported in reference to dermatomal segments, since the suspected site of the lesion is the spinal nerve root(s).

## THE FOLLOWING NERVE ROOT SITES WERE FOUND TO HAVE ABNORMAL FINDINGS UPON NERVE FUNCTION TESTING:

| | |
|---|---|
| Hypoesthesia: | C6 BILATERAL |
| Hyperesthesia: | None |
| Abnormal right to left comparison: | None |

### HYPOESTHESIA:

250 Hz: HYPOESTHESIA WAS DETECTED AT TWO OF THE EIGHTEEN SITES TESTED AND ARE AS FOLLOWS: C6 BILATERAL (+1, MILD).

### DEVIATION RIGHT TO LEFT:

None of the 250 Hz. right to left deviations is deemed to add any diagnostic significance to the findings as already stated above.

### HYPERESTHESIA:

250Hz: No hyperesthesia findings are noted.

### DIAGNOSIS:

These findings support an electrophysiologic diagnosis of cervical radiculopathy. The site of the lesion is the nerve root radicals and/or associated structures at C6. These findings authenticate the concomitant sensory paresthesias described by the patient as actual.

### SUMMARY FOR ANGELO SANTOS:

THIS EXAMINATION DEMONSTRATES ABNORMAL SENSORY RESPONSE IN THE 250 HZ. SENSITIVE TYPE A DELTA NERVE FIBERS WITH THE MOST SERIOUS INVOLVEMENT BEING FUNCTIONAL HYPOESTHESIA. THIS WAS FOUND AT THE LEVEL OF C6.

## THE ABOVE FINDINGS SUPPORT THE CLINICAL DIAGNOSIS OF CERVICAL RADICULOPATHY SECONDARY TO TRAUMA AND SHOULD BE CORRELATED CLINICALLY WITH OTHER DIAGNOSTIC TESTING.

CONSERVATIVE TREATMENT SHOULD BE DIRECTED AT CORRECTING THE VERTEBRAL DYSFUNCTION AT THESE LEVELS TO RESTORE PROPER NERVOUS SYSTEM FUNCTION BY FREEING ANY BIOMECHANICAL INTERFERENCE OR SPINAL NERVE ROOT ENCROACHMENT WHERE POSSIBLE.

### CLINICAL CORRELATION:

The motor nerve root involvement may be further documented with radiographic studies at the limits of motion in lateral bending. If motor unit dysfunction is noted, the diagnosis may include mixed sensory/motor radiculopathy.

CT scan or MRI of the cervical spine may be indicated to rule out herniated disc and/or IVF encroachment.

Nerve dysfunction can be secondary to direct trauma and/or inflammation consequential to the reaction of chemical metabolites (PLA-2) leaking from corrupt traumatized tissues adjacent to the nerve. Clinical correlation is needed to differentiate the pain generator. Once all contraindications have been excluded, spinal manipulation with a course of active non-weight bearing exercises seems the most efficacious conservative treatment.

If the patient proves unresponsive to a more conservative approach, then further neurological consultation and intervention such as nerve block therapy may be indicated.

Huseyin E. Tuncel, M.D.

*CPT MEDICAL SERVICES, P. C.*
P.O. Box 40
Atlantic Beach, N.Y. 11509

APPOINTMENTS: 718-337-5011

# NEURODIAGNOSTIC STUDY

Patient: Javier Ramos
Date of onset or injury: ~~~~~~~~, 2000
Referring Doctor: Dr. Colin
Date of examination: July 7, 2000
Date of report: July 10, 2000

## EXAMINATION:
CERVICAL CURRENT PERCEPTION THRESHOLD (CPT) NERVE CONDUCTION STUDY

## TECHNOLOGY:
Federal Medicare guidelines list Current Perception Threshold (CPT) as "reasonable and necessary" in a wide variety of sensory conditions ranging from diabetic polyneuropathies and peripheral entrapment neuropathies to neck and back pain (radiculopathies). It has been well established that sensory nerves are more vulnerable to injury than motor nerves, and the CPT test detects subtle changes to sensory function which are altered weeks, months, and in some cases even years before the development of motor nerve degeneration, which EMG requires to detect pathology. In the detection of these early morbid changes, the CPT uses specific frequencies to assess a broad spectrum of sensory function in the pre and postganglionic fibers. Conventional EMG is limited mainly to the more traumatically resistant large postganglionic motor fibers. One of the many advantages of the CPT test is that it allows early targeted intervention before morbidity can jeopardize outcome.

CPT has a sensitivity in the 80% to 90% range with a specifity of 100% that allow precise system threshold responses within 0.1 mA. With this greater accuracy, the CPT tests are now, more than ever, the method of choice for early detection of sensory neuropathies, radiculopathies, Reflex Sympathetic Dystrophy (RSD) and for screening patients before more painful invasive tests are performed.

RECEIVED

## CPT ANALYTIC PROTOCOL:
The analytic protocol used here is the most conservative classification system. It is based upon measurements in the broad functional spectrum offered by the 250 Hz frequency test. Measurements are rated above (hypoesthesia) and below (hyperesthesia) the mean population range of current perception threshold, after adjusting the overall pattern to correct for individual idiosyncrasies (reducing false positive tests).
MAIL & FILE

HYPOESTHESIA: Hypoesthesia is the most serious dysfunction. A rating of +1 (mild) is applied to a level measuring +0.8 mA over the mean, +2 (moderate) = +1.1 mA over mean, +3 (marked) = +1.4 mA over mean, +4 (severe) = +1.7 mA over mean, +5 (very severe) = 2.0 mA or more over mean. Contralateral deviations of more than 20% are considered to be indicative of greater severity than the basic rating analysis protocol indicates.

HYPERESTHESIA: The rating of hyperesthesia is applied to any level that is measured at less than 0.8 mA of the adjusted mean pattern. No grading system is applied.

## JAVIER RAMOS : EXAMINATION FINDINGS.
The cervical nerves tested in this polyalgic patient included suprascapular, musculocutaneous, median antebrachial cutaneous, radial, median, ulnar, and intercostobrachial and medial brachial cutaneous nerves. Findings are reported in reference to dermatomal segments, since the suspected site of the lesion is the spinal nerve root(s).

## THE FOLLOWING NERVE ROOT SITES WERE FOUND TO HAVE ABNORMAL FINDINGS UPON NERVE FUNCTION TESTING:

Hypoesthesia:                                    C5 LEFT, C6 BILATERAL, C8 BILATERAL,
                                                 T1 RIGHT and T2 BILATERAL

Hyperesthesia:                                   None
Abnormal right to left comparison:               None

### HYPOESTHESIA:

250 Hz:  HYPOESTHESIA WAS DETECTED AT EIGHT OF THE EIGHTEEN SITES TESTED AND ARE AS FOLLOWS;

1. C5 LEFT/LEFT AXILLARY NERVE (+1.3, MILD-MODERATE);
2. C6 BILATERAL/BILATERAL RADIAL NERVES (+1.6 RIGHT, MILD-MODERATE and +3.6 LEFT, MARKED-SEVERE);
3. C8 BILATERAL/BILATERAL ULNAR NERVES (SUPERFICIAL BR.) (>+5, VERY SEVERE);
4. T1 RIGHT/RIGHT 1ST THORACIC NERVE (+2, MODERATE); and
5. T2 BILATERAL/BILATERAL 2ND THORACIC NERVES (>+5, VERY SEVERE).

### DEVIATION RIGHT TO LEFT:

None of the 250 Hz. right to left deviations is deemed to add any diagnostic significance to the findings as already stated above.

### HYPERESTHESIA:

250Hz:  No hyperesthesia findings are noted.

### DIAGNOSIS:

These findings support an electrophysiologic diagnosis of cervical radiculopathy. The site of the lesion is the nerve root radicals and/or associated structures at C5, C6, C8, T1 and T2, with the most prominent lesion identified at C8. The neighboring and/or shared nerves may be an adversely affected secondary lesion. These findings authenticate the concomitant sensory paresthesias described by the patient as actual.

### SUMMARY FOR JAVIER RAMOS:

This examination demonstrates abnormal sensory response in the 250 Hz. sensitive type A delta nerve fibers with the most serious involvement being functional hypoesthesia. This was found at the levels of C5, C6, C8, T1 and T2.

> THE ABOVE FINDINGS SUPPORT THE CLINICAL DIAGNOSIS OF CERVICAL RADICULOPATHY SECONDARY TO TRAUMA AND SHOULD BE CORRELATED CLINICALLY WITH STANDARD NCV AND/OR EMG DIAGNOSTIC TESTING.
> CONSERVATIVE TREATMENT SHOULD BE DIRECTED AT CORRECTING THE VERTEBRAL DYSFUNCTION AT THESE LEVELS TO RESTORE PROPER NERVOUS SYSTEM FUNCTION BY FREEING ANY BIOMECHANICAL INTERFERENCE OR SPINAL NERVE ROOT ENCROACHMENT WHERE POSSIBLE.

### CLINICAL CORRELATION:

The motor nerve root involvement may be further documented with radiographic studies at the limits of motion in lateral bending. If motor unit dysfunction is noted, the diagnosis may include mixed sensory/motor radiculopathy.

CT scan or MRI of the cervical spine may be indicated to rule out herniated disc and/or IVF encroachment.

NCV and EMG of the upper extremities may be indicated at a later time to determine chronic/permanent nerve damage of the above-noted nerves.

Nerve dysfunction can be secondary to direct trauma and/or inflammation consequential to the reaction of chemical metabolites (PLA-2) leaking from corrupt traumatized tissues adjacent to the nerve. Clinical correlation is needed to differentiate the pain generator. Once all contraindications have been excluded, spinal manipulation with a course of active non-weight bearing exercises seems the most efficacious conservative treatment.

If the patient proves unresponsive to a more conservative approach, then further neurological consultation and intervention such as nerve block therapy may be indicated.

Huseyin E. Tuncel, M.D.

## CPT MEDICAL SERVICES, P.C.

P.O. Box 40
Atlantic Beach, N.Y. 11509

Appointments: (718) 327-5011

# NEURODIAGNOSTIC STUDY

Patient: Samuel McCullough
Date of onset or injury: April 20, 2000
Referring Doctor: Dr. Christopher J. Green
Date of examination: July 13, 2000
Date of report: July 17, 2000

## EXAMINATION:
## LUMBAR CURRENT PERCEPTION THRESHOLD (CPT) NERVE CONDUCTION STUDY

### TECHNOLOGY & ANALYTIC PROTOCOL

Federal Medicare guidelines list Current Perception Threshold (CPT) as "reasonable and necessary" in a wide variety of sensory conditions ranging from diabetic polyneuropathies and peripheral entrapment neuropathies to neck and back pain (radiculopathies). It has been well established that sensory nerves are more vulnerable to injury than motor nerves, and the CPT test detects subtle changes to sensory function which are altered weeks, months, and in some cases even years before the development of motor nerve degeneration, which EMG requires to detect pathology. In the detection of these early morbid changes, the CPT uses specific frequencies to assess a broad spectrum of sensory function in the pre and postganglionic fibers. Conventional EMG is limited mainly to the more traumatically resistant large postganglionic motor fibers. One of the many advantages of the CPT test is that it allows early targeted intervention before morbidity can jeopardize outcome.

CPT has a sensitivity in the 80% to 90% range with a specificity of 100% that allow precise system threshold responses within 0.7 mA. With this greater accuracy, the CPT tests are now, more than ever, the method of choice for early detection of sensory neuropathies, radiculopathies, Reflex Sympathetic Dystrophy (RSD) and for screening patients before more painful, invasive tests are performed.

### CPT ANALYTIC PROTOCOL:

The analytic protocol used here is the most conservative classification system. It is based upon measurements in the broad functional spectrum offered by the 250 Hz. frequency test. Measurements are rated above (hypoesthesia) and below (hyperesthesia) the mean population range of current perception threshold, after adjusting the overall pattern to correct for individual idiosyncrasies (reducing false positive tests).

HYPOESTHESIA: Hypoesthesia is the most serious dysfunction. A rating of +1 (mild) is applied to a level measuring +0.8 mA over the mean, +2 (moderate) = +1.1 mA over mean, +3 (marked) = +1.4 mA over mean, +4 (severe) = +1.7 mA over mean, +5 (very severe) = 2.0 mA or more over mean. Contralateral deviations of more than 20% are considered to be indicative of greater severity than the basic rating analysis protocol indicates.

HYPERESTHESIA: The rating of hyperesthesia is applied to any level that is measured at less than 0.8 mA of the adjusted mean pattern. No grading system is applied.

### SAMUEL MCCULLOUGH: EXAMINATION FINDINGS

The lumbar nerves tested in this polyalgic patient included lateral femoral cutaneous, femoral, peroneal, saphenous, and sural nerves. Findings are reported in reference to dermatomal segments, since the suspected site of the lesion is the spinal nerve root(s).

RECEIVED

AUG 2 2 2000

LAKEVILLE OSD
MAIL & FILE

THE FOLLOWING NERVE ROOT SITES WERE FOUND TO HAVE ABNORMAL FINDINGS UPON
NERVE FUNCTION TESTING:

| | |
|---|---|
| Hypoesthesia: | L3 LEFT and L4 BILATERAL |
| Hyperesthesia: | None |
| Abnormal right to left comparison: | None |

## HYPOESTHESIA:

250 Hz: HYPOESTHESIA WAS DETECTED AT THREE OF THE FOURTEEN SITES TESTED
AND ARE AS FOLLOWS;

1.  L3 LEFT/LEFT FEMORAL CUTANEOUS NERVE (+1, MILD); and
2.  L4 BILATERAL/BILATERAL SAPHENOUS NERVES (+1.75 RIGHT, MILD-MODERATE
    and +2.75 LEFT, MODERATE-MARKED).

## DEVIATION RIGHT TO LEFT:

None of the 250 Hz. right to left deviations is deemed to add any diagnostic significance to the
findings as already stated above.

## HYPERESTHESIA:

250Hz: No hyperesthesia findings are noted.

## DIAGNOSIS;

These findings support an electrophysiologic diagnosis of lumbar radiculopathy. The site of the
lesion is the nerve root radicals and/or associated structures at L3 and L4, with the most prominent
lesion identified at L4. The neighboring and/or shared nerves may be adversely affected secondary
lesions. These findings authenticate the concomitant sensory paresthesias described by the patient as
actual.

## SUMMARY FOR SAMUEL MCCULLOUGH:

This examination demonstrates abnormal sensory response in the 250 Hz. sensitive type A delta
fibers with the most serious involvement being functional hypoesthesia. This was found at the levels
of L3 and L4.

➢  THE ABOVE FINDINGS SUPPORT THE CLINICAL DIAGNOSIS OF LUMBAR
    RADICULOPATHY SECONDARY TO TRAUMA AND SHOULD BE CORRELATED
    CLINICALLY WITH OTHER DIAGNOSTIC TESTING.
➢  CONSERVATIVE TREATMENT SHOULD BE DIRECTED AT CORRECTING THE
    VERTEBRAL DYSFUNCTION AT THESE LEVELS TO RESTORE PROPER NERVOUS
    SYSTEM FUNCTION BY FREEING ANY BIOMECHANICAL INTERFERENCE OR
    SPINAL NERVE ROOT ENCROACHMENT WHERE POSSIBLE.

## CLINICAL CORRELATION:

The motor nerve root involvement may be further documented with radiographic studies at the limits
of motion in lateral bending. If motor unit dysfunction is noted, the diagnosis may include mixed
sensory/motor radiculopathy.
CT scan or MRI of the lumbosacral spine may be indicated to rule out herniated disc and/or IVF
encroachment. NCV and EMG of the lower extremities may be indicated at a later time to determine
chronic/permanent nerve damage of the above-noted nerves.
Nerve dysfunction can be secondary to direct trauma and/or inflammation consequential to the
reaction of chemical metabolites (PLA-2) leaking from corrupt traumatized tissues adjacent to the
nerve. Clinical correlation is needed to differentiate the pain generator. Once all contraindications
have been excluded, spinal manipulation with a course of active non-weight bearing exercises seems
the most efficacious conservative treatment.

If the patient proves unresponsive to a more conservative approach, then further neurological consultation and intervention such as nerve block therapy may be indicated.

Huseyin E. Tuncel, M.D.

CPT MEDICAL SERVICES, P.C.
P.O. Box 40
Atlantic Beach, N.Y. 11509

APPOINTMENTS: 718-327-5031

## NEURODIAGNOSTIC STUDY

Patient: Sam McCullough
Date of onset or injury: April 29, 2000
Referring Doctor: Dr. Christopher J. Green
Date of examination: May 23, 2000
Date of report: May 25, 2000

### EXAMINATION:
CERVICAL CURRENT PERCEPTION THRESHOLD (CPT) NERVE CONDUCTION STUDY

### TECHNOLOGY:
Federal Medicare guidelines list Current Perception Threshold (CPT) as "reasonable and necessary" in a wide variety of sensory conditions ranging from diabetic polyneuropathies and peripheral entrapment neuropathies to neck and back pain (radiculopathies). It has been well established that sensory nerves are more vulnerable to injury than motor nerves, and the CPT test detects subtle changes to sensory function which are altered weeks, months, and in some cases even years before the development of motor nerve degeneration, which EMG requires to detect pathology. In the detection of these early morbid changes, the CPT uses specific frequencies to assess a broad spectrum of sensory function in the pre and postganglionic fibers. Conventional EMG is limited mainly to the more traumatically resistant large postganglionic motor fibers. One of the many advantages of the CPT test is that it allows early targeted intervention before morbidity can jeopardize outcome.

CPT has a sensitivity in the 80% to 90% range with a specificity of 100% that allow precise system threshold responses within 0.1 mA. With this greater accuracy, the CPT tests are now, more than ever, the method of choice for early detection of sensory neuropathies, radiculopathies, Reflex Sympathetic Dystrophy (RSD) and for screening patients before more painful invasive tests are performed.

### CPT ANALYTIC PROTOCOL:
The analytic protocol used here is the most conservative classification system. It is based upon measurements in the broad functional spectrum offered by the 250 Hz. frequency test. Measurements are rated above (hypoesthesia) and below (hyperesthesia) the mean population range of current perception threshold, after adjusting the overall pattern to correct for individual idiosyncrasies (reducing false positive tests).

HYPOESTHESIA: Hypoesthesia is the most serious dysfunction. A rating of +1 (mild) is applied to a level measuring +0.8 mA over the mean, +2 (moderate) = +1.1 mA over mean, +3 (marked) = +1.4 mA over mean, +4 (severe) = +1.7 mA over mean, +5 (very severe) = 2.0 mA or more over mean. Contralateral deviations of more than 20% are considered to be indicative of greater severity than the basic rating analysis protocol indicates.

HYPERESTHESIA: The rating of hyperesthesia is applied to any level that is measured at less than 0.8 mA of the adjusted mean pattern. No grading system is applied.

### SAM MCCULLOUGH : EXAMINATION FINDINGS.
The cervical nerves tested in this polyalgic patient included suprascapular, musculocutaneous, median antebrachial cutaneous, radial, median, ulnar, and intercostobrachial and medial brachial cutaneous nerves. Findings are reported in reference to dermatomal segments, since the suspected site of the lesion is the spinal nerve root(s).

RECEIVED

AUG 14 2000

THOMAS WIGGINS
LAKEVILLE PRO

## THE FOLLOWING NERVE ROOT SITES WERE FOUND TO HAVE ABNORMAL FINDINGS UPON NERVE FUNCTION TESTING:

Hypoesthesia:                                         C2 RIGHT, C6 RIGHT and T1 LEFT
Hyperesthesia:                                        None
Abnormal right to left comparison:                    None

### HYPOESTHESIA:

250 Hz: HYPOESTHESIA WAS DETECTED AT THREE OF THE EIGHTEEN SITES TESTED AND ARE AS FOLLOWS;

1. C2 RIGHT/RIGHT GREATER OCCIPITAL NERVE (+1.6, MILD-MODERATE);
2. C6 RIGHT/RIGHT RADIAL NERVE (+1.3, MILD-MODERATE); and
3. T1 LEFT/LEFT 1ST THORACIC NERVE (+1, MILD).

### DEVIATION RIGHT TO LEFT;

None of the 250 Hz. right to left deviations is deemed to add any diagnostic significance to the findings as already stated above.

### HYPERESTHESIA:

250Hz: No hyperesthesia findings are noted.

### DIAGNOSIS;

These findings support an electrophysiologic diagnosis of cervical radiculopathy. The site of the lesion is the nerve root radicals and/or associated structures at C2, C6 and T1. These findings authenticate the concomitant sensory paresthesias described by the patient as actual.

### SUMMARY FOR SAM MCCULLOUGH:

This examination demonstrates abnormal sensory response in the 250 Hz. sensitive type A delta nerve fibers with the most serious involvement being functional hypoesthesia. This was found at the levels of C2, C6 and T1.

➢ THE ABOVE FINDINGS SUPPORT THE CLINICAL DIAGNOSIS OF CERVICAL RADICULOPATHY SECONDARY TO TRAUMA AND SHOULD BE CORRELATED CLINICALLY WITH STANDARD NCV AND/OR EMG DIAGNOSTIC TESTING.

➢ CONSERVATIVE TREATMENT SHOULD BE DIRECTED AT CORRECTING THE VERTEBRAL DYSFUNCTION AT THESE LEVELS TO RESTORE PROPER NERVOUS SYSTEM FUNCTION BY FREEING ANY BIOMECHANICAL INTERFERENCE OR SPINAL NERVE ROOT ENCROACHMENT WHERE POSSIBLE.

### CLINICAL CORRELATION;

The motor nerve root involvement may be further documented with radiographic studies at the limits of motion in lateral bending. If motor unit dysfunction is noted, the diagnosis may include mixed sensory/motor radiculopathy.

CT scan or MRI of the cervical spine may be indicated to rule out herniated disc and/or IVF encroachment.

NCV and EMG of the upper extremities may be indicated at a later time to determine chronic/permanent nerve damage of the above-noted nerves.

Nerve dysfunction can be secondary to direct trauma and/or inflammation consequential to the reaction of chemical metabolites (PLA-2) leaking from corrupt traumatized tissues adjacent to the nerve. Clinical correlation is needed to differentiate the pain generator. Once all contraindications have been excluded, spinal manipulation with a course of active non-weight bearing exercises seems the most efficacious conservative treatment.

If the patient proves unresponsive to a more conservative approach, then further neurological consultation and intervention such as nerve block therapy may be indicated.

Huseyin E. Tuncel, M.D.

RECEIVED

AUG 1 4 2003

THOMAS WIGGINS
LAKEVILLE CSO



## Augustynlak

| R&O EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 89 | 32-A009-039 | Bill | 3/24/2000 | X | | | |
| 95 | 32-V073-224 | Bill | 4/8/2000 | X | X | X | |
| 96 | 32-V073-224 | Bill | 4/8/2000 | | X | X | X |
| 96 | 32-A010-837 | Bill | 4/8/2000 | X | X | X | X |
| 97 | 32-A010-837 | Bill | 4/8/2000 | X | X | X | X |
| 109 | 32-V095-695 | Bill | 5/17/2000 | X | X | X | X |
| 118 | 32-V093-953 | Bill | 5/19/2000 | X | X | X | X |
| 120 | 32-V098-440 | Bill | 5/19/2000 | X | X | X | X |
| 119 | 32-V098-440 | Bill | 5/19/2000 | X | X | X | X |
| 130 | 32-V097-358 | Bill | 5/25/2000 | X | X | X | X |
| 163 | 32-V081-093 | Bill | 6/21/2000 | X | X | X | X |
| 162 | 32-V081-093 | Bill | 6/21/2000 | X | X | X | X |
| 161 | 32-V081-093 | Bill | 8/21/2000 | | X | X | |
| 164 | 32-A013-746 | Bill | 6/22/2000 | X | X | X | X |

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 166 | 32-A013-746 | Bill | 6/22/2000 | X | | | X |
| 165 | 32-A013-746 | Bill | 6/22/2000 | X | X | X | X |
| 184 | 32-A015-606 | Bill | 7/14/2000 | X | | | |
| 185 | 52-2386-431 | Bill | 7/14/2000 | | | | X |
| 187 | 32-A015-606 | Bill | 7/19/2000 | X | X | X | X |
| 168 | 32-A015-906 | Bill | 7/19/2000 | X | X | X | |
| 190 | 52-2386-481 | Bill | 7/19/2000 | X | | | X |
| 189 | 32-A015-606 | Bill | 7/19/2000 | X | X | X | X |
| 197 | 52-2392-737 | Bill | 7/21/2000 | | | | X |
| 214 | 32-A016-895 | Bill | 8/15/2000 | X | X | X | X |
| 216 | 52-2392-737 | Bill | 8/16/2000 | X | | | |
| 222 | 32-A015-606 | Bill | 8/21/2000 | X | X | X | X |
| 223 | 32-a016-895 | Bill | 8/21/2000 | X | X | X | X |
| 227 | 32-V315-446 | Bill | 9/6/2000 | | X | X | X |
| 245 | 32-A017-079 | Bill | 9/27/2000 | X | | | X |
| 257 | 32-A017-671 | Bill | 10/18/2000 | | X | X | |

| RBSD EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NGV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 256 | 32-A017-571 | Bill | 10/18/2000 | | X | X | |
| 271 | 32-A017-079 | Bill | 11/16/2000 | X | X | X | X |
| 280 | 32-A017-945 | Bill | 11/30/2000 | X | X | X | X |
| 279 | 32-A018-894 | Bill | 11/30/2000 | | X | X | X |
| 288 | 32-A017-758 | Bill | 12/26/2000 | X | | | X |
| 297 | 32-a017-945 | Bill | 1/8/2001 | X | | | |
| 309 | 32-a018-894 | Bill | 1/15/2001 | X | | | |
| 313 | 32-A021-203 | Bill | 1/19/2001 | | X | X | |
| 319 | 32-a021-203 | Bill | 1/23/2001 | | X | X | |
| 320 | 32-A017-758 | Bill | 1/23/2001 | X | X | X | X |
| 329 | 32-a020-559 | Bill | 2/7/2001 | X | X | X | X |
| 330 | 32-a020-559 | Bill | 2/7/2001 | X | | | |
| 331 | 32-a020-559 | Bill | 2/7/2001 | X | | | |
| 337 | 32-V540-887 | Bill | 2/16/2001 | | X | X | |
| 338 | 32-A019-708 | Bill | 2/16/2001 | X | | | X |
| 344 | 32-V336-352 | Bill | 2/23/2001 | X | X | X | |

| RBSO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 345 | 32-V338-352 | Bill | 2/23/2001 | X | X | X | |
| 351 | 32-V336-352 | Bill | 2/28/2001 | X | | | X |
| 367 | 32-V334-388 | Bill | 3/19/2001 | X | X | X | X |
| 368 | 32-V334-388 | Bill | 3/19/2001 | X | X | X | X |
| 371 | 32-V394-735 | Bill | 3/22/2001 | | X | X | X |
| 385 | 32-A022-164 | Bill | 4/10/2001 | X | X | X | |
| 386 | 32-V342-930 | Bill | 4/10/2001 | | X | X | X |
| 390 | 32-A022-164 | Bill | 4/17/2001 | X | | X | X |
| 391 | 32-A023-388 | Bill | 4/17/2001 | X | X | X | |
| 392 | 32-A022-575 | Bill | 4/26/2001 | X | X | X | X |
| 393 | 32-V347-599 | Bill | 4/26/2001 | X | X | X | X |
| 397 | 32-V347-599 | Bill | 5/3/2001 | X | X | X | X |
| 400 | 32-V347-599 | Bill | 5/10/2001 | X | X | X | X |
| 409 | 32-V347-599 | Bill | 5/30/2001 | X | X | X | X |
| 473 | 32-A023-388 | Bill | 8/8/2001 | X | X | X | |
| 475 | 32-V359-508 | Bill | 8/10/2001 | | | | X |

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 476 | 32-A024-601 | Bill | 8/10/2001 | X | X | X | X |
| 468 | 32-A021-008 | Bill | 8/23/2001 | X | X | X | X |
| 500 | 32-A025-572 | Bill | 9/22/2001 | X | X | X | X |
| 498 | 32-A025-572 | Bill | 9/22/2001 | X | X | X | X |
| 499 | 52-2491-705 | Bill | 9/22/2001 | X | | | X |
| 501 | 52-2491-705 | Bill | 9/22/2001 | X | | | X |
| 497 | 52-2491-705 | Bill | 9/22/2001 | X | | | X |
| 502 | 52-2491-705 | Bill | 9/24/2001 | X | | | X |
| 503 | 52-2502-509 | Bill | 9/26/2001 | X | X | X | X |
| 504 | 52-2502-509 | Bill | 9/26/2001 | | X | X | X |
| 507 | 32-V374-861 | Bill | 9/28/2001 | | X | X | X |
| 509 | 52-2502-509 | Bill | 9/29/2001 | | X | X | |
| 508 | 32-V377-840 | Bill | 9/29/2001 | X | | | X |
| 526 | 32-V374-861 | Bill | 10/18/2001 | X | X | X | X |
| 524 | 32-V364-020 | Bill | 10/18/2001 | X | X | X | X |
| 525 | 32-V364-020 | Bill | 10/18/2001 | X | | | X |

| SBC3 EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 594 | 52-2502-509 | Bill | 1/9/2002 | X | X | X | |
| 595 | 32-V377-840 | Bill | 1/9/2002 | X | X | | X |
| 609 | 32-a030-956 | Bill | 1/31/2002 | X | X | X | X |
| 608 | 32-a030-956 | Bill | 1/31/2002 | X | X | X | |
| 613 | 32-A029-782 | Bill | 2/6/2002 | | X | X | X |
| 614 | 32-A029-761 | Bill | 2/6/2002 | | X | X | X |
| 615 | 32-A029-761 | Bill | 2/7/2002 | X | X | X | X |
| 621 | 32-a029-923 | Bill | 2/14/2002 | X | X | X | |
| 645 | 32-A030-819 | Bill | 3/25/2002 | | X | X | |
| 646 | 32-a030-819 | Bill | 3/25/2002 | | X | X | |
| 659 | 32-V403-442 | Bill | 4/15/2002 | | X | X | |
| 660 | 32-V403-442 | Bill | 4/15/2002 | X | X | X | |
| 678 | 32-A030-819 | Bill | 5/23/2002 | X | | | |

## Aziz

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 333 | 32-A019-765 | Bill | 2/9/2001 | X | X | X | X |
| 339 | 32-V334-588 | Bill | 2/19/2001 | X | X | X | X |
| 346 | 32-A019-763 | Bill | 2/26/2001 | X | X | X | X |
| 347 | 32-A019-765 | Bill | 2/26/2001 | X | X | X | X |
| 348 | 32-V334-588 | Bill | 2/26/2001 | X | X | X | X |
| 352 | 32-A020-807 | Bill | 2/28/2001 | X | | | X |
| 353 | 32-A020-807 | Bill | 2/28/2001 | X | | | X |
| 369 | 32-V337-883 | Bill | 3/19/2001 | X | X | X | X |
| 376 | 32-V337-883 | Bill | 3/26/2001 | X | X | X | X |
| 377 | 32-V343-483 | Bill | 3/26/2001 | X | | | X |
| 381 | 32-A020-807 | Bill | 4/5/2001 | X | | | X |
| 382 | 32-A020-807 | Bill | 4/5/2001 | X | | | X |
| 383 | 32-A020-807 | Bill | 4/5/2001 | X | | | |
| 394 | 32-V341-520 | Bill | 4/27/2001 | X | X | X | |

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 398 | 32-V341-520 | Bill | 5/3/2001 | X | X | X | |
| 444 | 32-V352-513 | Bill | 7/6/2001 | | | | X |
| 453 | 32-V360-472 | Bill | 7/20/2001 | | | | X |
| 454 | 32-V360-472 | Bill | 7/20/2001 | X | | | X |
| 477 | 32-V360-005 | Bill | 8/10/2001 | X | X | X | X |
| 478 | 32-V360-472 | Bill | 8/13/2001 | | X | X | X |
| 479 | 32-V360-472 | Bill | 8/13/2001 | X | | | X |
| 491 | 32-V360-472 | Bill | 9/10/2001 | X | | | X |
| 492 | 32-5596-501 | Bill | 9/10/2001 | X | X | X | X |
| 493 | 32-V360-005 | Bill | 9/10/2001 | X | X | X | X |
| 505 | 32-5596-501 | Bill | 9/26/2001 | X | X | X | X |
| 506 | 32-V360-472 | Bill | 9/26/2001 | | | | X |
| 516 | 32-V368-310 | Bill | 10/8/2001 | X | X | X | |
| 517 | 32-V369-681 | Bill | 10/8/2001 | X | X | X | |
| 518 | 33-A025-553 | Bill | 10/8/2001 | X | X | X | X |
| 519 | 32-V371-717 | Bill | 10/8/2001 | X | X | X | |

| BICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 520 | 32-V371-717 | Bill | 10/8/2001 | | | X | X |
| 522 | 32-V373-976 | Bill | 10/9/2001 | | | X | X |
| 550 | 32-V374-877 | Bill | 11/12/2001 | X | X | X | |
| 551 | 32-V375-450 | Bill | 11/12/2001 | X | X | X | X |
| 552 | 32-V373-976 | Bill | 11/13/2001 | X | | X | X |
| 553 | 32-V383-691 | Bill | 11/14/2001 | X | | X | X |
| 569 | 32-A024-585 | Bill | 11/28/2001 | X | | | X |
| 593 | 32-A026-400 | Bill | 1/8/2002 | X | | | X |
| 596 | 32-V388-383 | Bill | 1/21/2002 | X | X | X | X |
| 603 | 32-A026-400 | Bill | 1/28/2002 | X | | | |
| 605 | 32-A030-111 | Bill | 1/30/2002 | X | X | X | X |
| 606 | 32-V375-450 | Bill | 1/30/2002 | X | | | |
| 610 | 32-V386-522 | Bill | 2/1/2002 | X | X | X | X |
| 611 | 32-V388-586 | Bill | 2/1/2002 | X | | | |
| 616 | 32-V392-075 | Bill | 2/7/2002 | X | X | X | |
| 617 | 32-V387-901 | Bill | 2/7/2002 | X | X | | X |

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 618 | 32-V388-588 | Bill | 2/8/2002 | X | | | |
| 650 | 32-V396-038 | Bill | 4/8/2002 | X | | | X |
| 651 | 32-V396-038 | Bill | 4/8/2002 | X | | | X |
| 652 | 32-V396-038 | Bill | 4/8/2002 | X | | X | X |
| 653 | 32-A030-111 | Bill | 4/8/2002 | X | | | |
| 654 | 32-V386-522 | Bill | 4/8/2002 | X | | | |
| 956 | 32-V368-681 | Bill | 11/13/2003 | X | X | X | |

## Brutus

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 70 | 32-a011-570 | Bill | 2/9/2000 | X | | X | |
| 76 | 32-A011-570 | Bill | 2/23/2000 | X | | | |
| 122 | 32-A013-817 | Bill | 5/22/2000 | X | | | |
| 123 | 32-A014-257 | Bill | 5/22/2000 | X | X | X | |
| 124 | 32-A013-817 | Bill | 5/22/2000 | X | | X | X |
| 125 | 32-V095-392 | Bill | 5/23/2000 | X | X | X | X |
| 140 | 32-V097-590 | Bill | 6/2/2000 | X | X | X | X |
| 167 | 32-V080-326 | Bill | 6/26/2000 | X | X | X | |
| 168 | 32-A011-433 | Bill | 6/26/2000 | X | X | X | X |
| 169 | 32-V080-326 | Bill | 6/26/2000 | X | | X | |
| 170 | 32-V080-326 | Bill | 6/26/2000 | X | | | |
| 173 | 32-V073-299 | Bill | 7/5/2000 | X | | X | X |
| 174 | 32-V085-898 | Bill | 7/5/2000 | X | | | X |
| 208 | 32-A016-176 | Bill | 8/2/2000 | X | X | X | X |

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 217 | 32-A015-958 | Bill | 8/16/2000 | | X | X | X |
| 228 | 32-V304-319 | Bill | 9/6/2000 | X | | X | X |
| 230 | 32-A016-983 | Bill | 9/12/2000 | | | | |
| 231 | 32-A016-983 | Bill | 9/12/2000 | X | | | |
| 234 | 32-A016-945 | Bill | 9/19/2000 | X | X | X | X |
| 235 | 32-V312-127 | Bill | 9/20/2000 | X | | | X |
| 236 | 32-V312-127 | Bill | 9/20/2000 | | | | |
| 238 | 32-A016-983 | Bill | 9/21/2000 | X | | | |
| 239 | 32-A015-983 | Bill | 9/21/2000 | | | | |
| 240 | 32-A015-945 | Bill | 9/22/2000 | X | X | X | X |
| 241 | 32-A015-958 | Bill | 9/22/2000 | X | X | X | |
| 246 | 32-V307-058 | Bill | 9/28/2000 | X | | | X |
| 258 | 32-A016-897 | Bill | 10/16/2000 | X | | X | X |
| 285 | 32-A018-769 | Bill | 12/18/2000 | | X | X | X |
| 289 | 32-V323-833 | Bill | 12/28/2000 | | X | X | X |
| 305 | 32-A018-349 | Bill | 1/12/2001 | X | | | |

# Kimyagarova

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 604 | 32-V399-037 | Bill | 1/28/2002 | X | X | X | X |
| 626 | 32-A032-307 | Bill | 3/2/2002 | X | X | X | X |
| 649 | 32-A032-307 | Bill | 4/2/2002 | X | X | X | X |
| 658 | 32-V389-401 | Bill | 4/11/2002 | X | X | X | X |
| 717 | 32-A033-323 | Bill | 7/9/2002 | X | X | X | X |
| 723 | 32-V406-772 | Bill | 7/10/2002 | X | | | |
| 737 | 32-A408-549 | Bill | 7/16/2002 | X | X | X | X |
| 738 | 32-v408-549 | Bill | 7/16/2002 | X | X | X | |
| 794 | 32-A038-635 | Bill | 8/9/2002 | X | X | X | X |
| 796 | 32-A033-323 | Bill | 8/12/2002 | X | | | X |
| 797 | 32-V399-037 | Bill | 8/12/2002 | X | X | X | X |
| 814 | 32-A038-635 | Bill | 8/29/2002 | X | | | X |
| 826 | 32-A048-635 | Bill | 9/10/2002 | X | X | X | X |
| 827 | 32-A038-635 | Bill | 9/10/2002 | X | X | X | X |

| RRD EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 828 | 32-A038-635 | Bill | 9/10/2002 | X | X | X | X |
| 829 | 32-A038-635 | Bill | 9/10/2002 | | X | X | X |
| 830 | 32-A038-635 | Bill | 9/10/2002 | X | X | X | X |
| 831 | 32-a038-691 | Bill | 9/11/2002 | X | X | X | |
| 832 | 32-A039-276 | Bill | 9/12/2002 | X | X | X | X |
| 864 | 32-A039-993 | Bill | 10/11/2002 | | | X | |
| 885 | 32-A039-993 | Bill | 10/11/2002 | X | X | X | X |
| 906 | 32-a040-592 | Bill | 10/25/2002 | X | | X | X |
| 907 | 32-a040-582 | Bill | 10/25/2002 | X | X | X | X |
| 908 | 32-A040-803 | Bill | 10/25/2002 | X | | | X |
| 930 | 32-A038-635 | Bill | 11/2/2002 | X | X | X | X |
| 931 | 32-a404-592 | Bill | 11/3/2002 | | X | X | |
| 932 | 32-a040-582 | Bill | 11/3/2002 | X | X | X | |
| 933 | 32-A040-803 | Bill | 11/3/2002 | X | X | X | |
| 934 | 32-a041-010 | Bill | 11/3/2002 | | X | X | |
| 946 | 32-A039-993 | Bill | 11/15/2002 | X | | | X |

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 947 | 32-A039-993 | Bill | 11/15/2002 | X | | X | |
| 948 | 32-V436-790 | Bill | 11/18/2002 | | X | X | |
| 949 | 32-3041-010 | Bill | 11/18/2002 | | X | X | |
| 952 | 32-V441-420 | Bill | 11/21/2002 | X | X | X | X |

# Mariani

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 108 | 32-V097-245 | Bill | 5/16/2000 | X | | | X |
| 135 | 32-V097-245 | Bill | 5/30/2000 | X | | | X |
| 148 | 32-V097-245 | Bill | 6/12/2000 | X | | | X |
| 160 | 32-A015-468 | Bill | 6/20/2000 | | | X | X |
| 171 | 32-A016-500 | Bill | 6/26/2000 | | | | X |
| 177 | 32-V087-749 | Bill | 7/12/2000 | X | X | X | X |
| 178 | 32-V087-749 | Bill | 7/12/2000 | X | X | X | X |
| 180 | 32-A016-080 | Bill | 7/13/2000 | | | | |
| 181 | 32-V306-535 | Bill | 7/13/2000 | X | X | X | |
| 182 | 32-A016-080 | Bill | 7/13/2000 | | | | |
| 183 | 32-A016-080 | Bill | 7/13/2000 | | | | |
| 198 | 32-A016-500 | Bill | 7/21/2000 | | X | X | X |
| 199 | 32-V087-749 | Bill | 7/21/2000 | X | X | X | X |
| 209 | 32-A015-468 | Bill | 8/4/2000 | X | X | X | X |

| RCD EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 219 | 32-A016-494 | Bill | 8/18/2000 | X | X | X | X |
| 220 | 32-A016-494 | Bill | 8/18/2000 | X | X | X | |
| 249 | 32-A017-205 | Bill | 10/3/2000 | | X | X | |
| 250 | 32-A017-205 | Bill | 10/3/2000 | | X | X | X |
| 251 | 32-A017-205 | Bill | 10/3/2000 | | X | X | X |
| 252 | 32-A017-205 | Bill | 10/13/2000 | X | X | X | X |
| 253 | 32-A017-205 | Bill | 10/13/2000 | | X | X | X |
| 254 | 32-A017-919 | Bill | 10/17/2000 | | X | X | |
| 255 | 32-A017-919 | Bill | 10/17/2000 | X | | | X |
| 263 | 32-V313-402 | Bill | 11/3/2000 | X | X | X | X |
| 266 | 32-A018-667 | Bill | 11/10/2000 | | | | |
| 276 | 32-V319-367 | Bill | 11/22/2000 | | X | X | |
| 277 | 32-V319-367 | Bill | 11/22/2000 | X | X | X | |
| 293 | 32-A019-639 | Bill | 1/2/2001 | | X | X | X |
| 294 | 32-A019-639 | Bill | 1/2/2001 | | X | X | X |
| 295 | 32-V325-449 | Bill | 1/2/2001 | X | | | X |

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 296 | 32-A019-639 | Bill | 1/2/2001 | | X | X | X |
| 298 | 32-A019-639 | Bill | 1/8/2001 | | X | X | X |
| 299 | 32-A019-638 | Bill | 1/8/2001 | | X | X | X |
| 300 | 32-A019-639 | Bill | 1/10/2001 | | X | X | X |
| 301 | 32-A021-230 | Bill | 1/10/2001 | X | X | X | |
| 314 | 32-A021-230 | Bill | 1/19/2001 | X | X | X | X |
| 321 | 32-A016-080 | Bill | 1/23/2001 | X | | | X |
| 322 | 32-A021-230 | Bill | 1/29/2001 | | X | X | X |
| 323 | 32-A021-230 | Bill | 1/29/2001 | | X | X | X |
| 327 | 32-9C20-055 | Bill | 2/5/2001 | X | X | X | X |
| 332 | 32-A021-770 | Bill | 2/8/2001 | X | X | X | X |
| 521 | 32-A019-639 | Bill | 10/3/2001 | | X | X | X |
| 584 | 32-V394-455 | Bill | 1/3/2002 | X | | X | |
| 597 | 32-5600-056 | Bill | 1/21/2002 | X | X | X | X |
| 598 | 32-V394-455 | Bill | 1/21/2002 | X | | | |
| 635 | 32-V394-455 | Bill | 3/14/2002 | X | | | |

| RECD EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 644 | 32-5600-056 | Bill | 3/20/2002 | X | X | X | X |

Riaz

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 539 | 32-V377-995 | Bill | 10/25/2001 | X | | X | X |
| 589 | 32-V384-604 | Bill | 1/7/2002 | | | | X |
| 602 | 32-V383-713 | Bill | 1/23/2002 | X | | X | |
| 641 | 32-V371-349 | Bill | 3/19/2002 | X | X | X | |
| 655 | 32-V401-150 | Bill | 4/8/2002 | X | | | |
| 656 | 32-V401-150 | Bill | 4/8/2002 | X | | | |
| 657 | 30-V501-696 | Bill | 4/9/2002 | X | | | |
| 685 | 32-V420-493 | Bill | 6/4/2002 | | | | |
| 687 | 32-V420-493 | Bill | 6/4/2002 | X | | | X |
| 686 | 32-V383-713 | Bill | 6/4/2002 | | | X | |
| 704 | 32-V404-727 | Bill | 6/28/2002 | X | X | X | |
| 703 | 32-V404-727 | Bill | 6/28/2002 | X | X | X | |
| 750 | 32-5602-281 | Bill | 7/18/2002 | X | | | |
| 793 | 32-5602-281 | Bill | 8/7/2002 | X | | | X |

| REG EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 818 | 32-V408-893 | Bill | 9/2/2002 | X | | | |
| 821 | 32-A038-295 | Bill | 9/3/2002 | X | X | X | X |
| 819 | 32-A038-295 | Bill | 9/3/2002 | X | X | X | X |
| 820 | 32-V436-790 | Bill | 9/3/2002 | X | X | X | |
| 822 | 32-A038-295 | Bill | 9/7/2002 | X | X | X | |
| 823 | 32-V436-790 | Bill | 9/7/2002 | X | X | X | X |
| 835 | 32-A038-488 | Bill | 9/12/2002 | X | X | X | |
| 850 | 32-5602-143 | Bill | 9/18/2002 | | X | X | X |
| 852 | 32-V435-788 | Bill | 9/20/2002 | X | X | X | |
| 855 | 32-V435-788 | Bill | 9/21/2002 | X | | | X |
| 853 | 32-a040-813 | Bill | 9/21/2002 | | | | |
| 854 | 32-V435-788 | Bill | 9/21/2002 | X | X | X | |
| 870 | 32-V436-611 | Bill | 9/30/2002 | | | | |
| 896 | 32-V435-788 | Bill | 10/17/2002 | X | | | |
| 897 | 32-V435-788 | Bill | 10/17/2002 | X | X | X | |
| 920 | 32-V442-257 | Bill | 10/28/2002 | X | X | X | X |

| RRCS EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MBI |
|---|---|---|---|---|---|---|---|
| 919 | 32-V442-257 | Bill | 10/28/2002 | | X | X | X |
| 917 | 32-A035-830 | Bill | 10/28/2002 | X | | | |
| 918 | 32-A035-830 | Bill | 10/28/2002 | | | | X |
| 926 | 32-a036-444 | Bill | 10/29/2002 | X | | | X |
| 925 | 32-V415-827 | Bill | 10/29/2002 | X | | | X |
| 927 | 32-V435-788 | Bill | 10/30/2002 | X | X | X | |
| 950 | 32-A035-830 | Bill | 11/18/2002 | X | | | X |

## Slamowitz

| REC'D EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 2 | 32-A000-524 | Bill | 4/14/1999 | X | X | X | X |
| 3 | 32-A002-414 | Bill | 4/14/1999 | X | X | | X |
| 4 | 32-A000-524 | Bill | 4/14/1999 | X | X | X | X |
| 94 | 32-V088-554 | Bill | 4/7/2000 | | | | X |
| 224 | 32-V090-938 | Bill | 8/25/2000 | X | X | X | X |
| 540 | 32-V345-364 | Bill | 10/29/2001 | X | | | X |
| 581 | 32-V366-597 | Bill | 12/26/2001 | X | | | X |
| 689 | 32-V405-804 | Bill | 6/12/2002 | X | X | X | X |
| 746 | 32-V424-490 | Bill | 7/17/2002 | | X | | |
| 836 | 32-V415-858 | Bill | 9/12/2002 | X | | | X |
| 347 | 32-V424-490 | Bill | 9/17/2002 | | | | |
| 845 | 32-V422-242 | Bill | 9/17/2002 | X | | | X |
| 844 | 52-2586-467 | Bill | 9/17/2002 | | | | X |
| 846 | 32-V424-490 | Bill | 9/17/2002 | X | | | X |

| BICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 875 | 32-V424-490 | Bill | 10/1/2002 | | | | |
| 873 | 32-V414-502 | Bill | 10/1/2002 | | X | | |
| 874 | 32-V414-502 | Bill | 10/1/2002 | X | X | | |
| 872 | 32-V424-490 | Bill | 10/1/2002 | | | | X |
| 877 | 32-V415-858 | Bill | 10/2/2002 | | | | |
| 889 | 32-V422-242 | Bill | 10/14/2002 | X | | | X |
| 892 | 32-V414-502 | Bill | 10/15/2002 | | X | | |
| 935 | 32-V443-198 | Bill | 11/4/2002 | X | | | |
| 936 | 32-A041-232 | Bill | 11/5/2002 | | X | X | |
| 937 | 32-8041-232 | Bill | 11/5/2002 | | X | X | X |

# Tarakhchyan

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 549 | 32-A025-021 | Bill | 11/9/2001 | X | | | |
| 565 | 32-v378-543 | Bill | 12/7/2001 | X | X | X | X |
| 629 | 32-V381-463 | Bill | 3/2/2002 | X | | | X |
| 628 | 32-v378-543 | Bill | 3/2/2002 | | | | X |
| 627 | 32-V381-463 | Bill | 3/2/2002 | X | X | X | |
| 747 | 32-a036-147 | Bill | 7/17/2002 | X | X | X | |
| 748 | 32-V411-482 | Bill | 7/17/2002 | X | X | X | X |
| 763 | 32-V411-482 | Bill | 7/24/2002 | X | X | X | X |
| 779 | 32-A036-147 | Bill | 7/30/2002 | X | X | X | |
| 812 | 32-5602-216 | Bill | 8/28/2002 | X | X | X | |
| 813 | 38-K079-952 | Bill | 8/28/2002 | X | | | |
| 816 | 32-V428-978 | Bill | 8/29/2002 | X | X | X | X |
| 815 | 32-V428-978 | Bill | 8/29/2002 | X | X | X | X |
| 817 | 32-A040-933 | Bill | 9/1/2002 | X | X | X | X |

| RICO EVENT NO | Claim Number | MAILING | DATE OF MAILING | More than 30 Days Between Accident and Test | NCV | EMG | MRI |
|---|---|---|---|---|---|---|---|
| 825 | 32-V428-978 | Bill | 9/9/2002 | X | X | X | X |
| 846 | 32-V428-978 | Bill | 9/17/2002 | X | | | X |
| 929 | 32-A040-933 | Bill | 11/1/2002 | | X | X | |
| 928 | 32-A040-933 | Bill | 11/1/2002 | X | X | X | X |
| 941 | 32-5605-204 | Bill | 11/5/2002 | X | X | X | |
| 940 | 32-5605-204 | Bill | 11/5/2002 | X | X | X | |
| 938 | 32-5605-204 | Bill | 11/5/2002 | X | | | |
| 939 | 32-5605-204 | Bill | 11/5/2002 | X | X | X | |
| 944 | 59-Y205-899 | Bill | 11/11/2002 | X | | | X |
| 945 | 32-A040-933 | Bill | 11/13/2002 | X | X | X | |
| 951 | 59-Y205-899 | Bill | 11/20/2002 | X | | | X |