UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                             Plaintiff,

-against-

CPT MEDICAL SERVICES, P.C., et al,

                             Defendants.
-----------------------------------------------------------------x

BROOKLYN OFFICE

04-CV-5045 (ILG)(KAM)

**STIPULATION OF DISMISSAL**

**It is hereby stipulated and agreed** by and between the undersigned, attorneys of record for plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") and defendants Yigal Buchman and Atwash Management Corp. (collectively, the "Atwash Defendants") that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

1. State Farm's claims against the Atwash Defendants are hereby voluntarily dismissed with prejudice;

2. nothing in this Stipulation shall be construed to affect the claims of State Farm against any other parties to the above-captioned action, which claims shall survive and continue beyond this dismissal.

Dated: New York, New York
       January 6, 2010

DEKAJLO LAW OFFICES

By_____
Oleh N. Dekajlo
1900 Hempstead Turnpike, Suite 201
East Meadow, New York 11554
(516) 542-9300

*Attorneys for Yigal Buchman and Atwash Management Corp.*

KATTEN MUCHIN ROSENMAN LLP

By_____
Alexis L. Cirel
575 Madison Avenue
New York, New York 10022
(212) 940-8800

*Attorneys for State Farm Mutual Automobile Insurance Company.*

SO ORDERED:

_____ 3/4/10
U.S.D.J.