

# Katten
#### Katten Muchin Rosenman LLP

525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
312.902.1061 fax

JONATHAN L. MARKS
jonathan.marks@kattenlaw.com
312.902.5337 direct
312.577.4518 fax

July 8, 2010

**VIA ELECTRONIC CASE FILING**

Judge Andrew L. Carter, Jr.
Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *State Farm v. CPT Medical Services, P.C.*, Case No. 1:04-cv-5045 (ILG)(ALC)

Dear Judge Carter:

On June 22, 2010, Defendants[1] filed a motion to compel and sought sanctions alleging that State Farm failed to produce documents. By Court order, State Farm's response is due today, July 8, 2010. As Defendants' motion references sealed documents, and State Farm's response comments on these documents, the response must be filed under seal. Sealed filings cannot be made electronically and must be delivered to the Court by hand. Accordingly, State Farm seeks leave to deliver its filed response to the Court on July 9, 2010. There is no prejudice to any party from this request and it will ensure that sealed materials are properly protected.

Respectfully submitted,

Jonathan L. Marks

---

[1] CPT Medical Services, P.C., Hoss Medical Services, P.C., Huseyin Tuncel, Richard's Medical Management, Inc., Weinstein Healthcare Management, Inc. and Richard Weinstein.